AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| ACTION READY MIX CONCRETE, INC., SUPERIOR CONCRETE AND FLORIDA BUILDING MATERIALS, INC., DANIEL MORGAN CONSTRUCTION, INC., SHEAR CONSTRUCTION AND DEVELOPMENT, INC. and SQUARE D. HOMES, INC. <br> *Plaintiff* <br> v. <br> CEMEX CORP., FLORIDA ROCK INDUSTRIES, INC., HOLCIM (US) INC., LAFARGE NORTH AMERICA, INC., LEHIGH CEMENT COMPANY, OLDCASTLE MATERIALS, SUWANNEE AMERICAN CEMENT LLC, TITAN AMERICA LLC, and VOTORANTIM CIMENTOS NORTH AMERICA, INC. <br> *Defendant* | ) ) ) ) ) ) ) ) ) ) ) Civil Action No. <br><br> **09-CIV-23187-ALTONAGA/BROWN** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Cemex Corporation
U.S. Operations Headquarters
1200 Smith Street, Suite 2400
Houston, Texas 77002

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert Josefsberg
Podhurst Orseck, P.A.
City National Bank Building
25 West Flagler Street, Suite 800
Miami, FL 33130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: **October 21, 2009**

Steven M. Larimore
Clerk of Court

s/Autumn Sandoval
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| ACTION READY MIX CONCRETE, INC., SUPERIOR CONCRETE AND FLORIDA BUILDING MATERIALS, INC., DANIEL MORGAN CONSTRUCTION, INC., SHEAR CONSTRUCTION AND DEVELOPMENT, INC. and SQUARE D. HOMES, INC.<br><br>*Plaintiff*<br><br>v.<br>CEMEX CORP., FLORIDA ROCK INDUSTRIES, INC., HOLCIM (US) INC., LAFARGE NORTH AMERICA, INC., LEHIGH CEMENT COMPANY, OLDCASTLE MATERIALS, SUWANNEE AMERICAN CEMENT LLC, TITAN AMERICA LLC, and VOTORANTIM CIMENTOS NORTH AMERICA, INC.<br><br>*Defendant* | ) ) ) ) ) ) ) ) ) ) ) Civil Action No.<br><br>**09-CIV-23187-ALTONAGA/BROWN** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Florida Rock Industries, Inc.
155 E. 21st St.
Jacksonville, FL 32206

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert Josefsberg
Podhurst Orseck, P.A.
City National Bank Building
25 West Flagler Street, Suite 800
Miami, FL 33130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **October 21, 2009**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Autumn Sandoval
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| ACTION READY MIX CONCRETE, INC., SUPERIOR CONCRETE AND FLORIDA BUILDING MATERIALS, INC., DANIEL MORGAN CONSTRUCTION, INC., SHEAR CONSTRUCTION AND DEVELOPMENT, INC. and SQUARE D. HOMES, INC.<br><br>*Plaintiff*<br><br>v.<br><br>CEMEX CORP., FLORIDA ROCK INDUSTRIES, INC., HOLCIM (US) INC., LAFARGE NORTH AMERICA, INC., LEHIGH CEMENT COMPANY, OLDCASTLE MATERIALS, SUWANNEE AMERICAN CEMENT LLC, TITAN AMERICA LLC, and VOTORANTIM CIMENTOS NORTH AMERICA, INC.<br><br>*Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No.<br>**09-CIV-23187-ALTONAGA/BROWN** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Holcim (US), Inc.
Waltham Corporate Headquarters
201 Jones Rd.
Waltham, MA 02451

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert Josefsberg
Podhurst Orseck, P.A.
City National Bank Building
25 West Flagler Street, Suite 800
Miami, FL 33130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: **October 21, 2009**

Steven M. Larimore
Clerk of Court

s/Autumn Sandoval
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| ACTION READY MIX CONCRETE, INC., SUPERIOR CONCRETE AND FLORIDA BUILDING MATERIALS, INC., DANIEL MORGAN CONSTRUCTION, INC., SHEAR CONSTRUCTION AND DEVELOPMENT, INC. and SQUARE D. HOMES, INC.<br>*Plaintiff*<br>v.<br>CEMEX CORP., FLORIDA ROCK INDUSTRIES, INC., HOLCIM (US) INC., LAFARGE NORTH AMERICA, INC., LEHIGH CEMENT COMPANY, OLDCASTLE MATERIALS, SUWANNEE AMERICAN CEMENT LLC, TITAN AMERICA LLC, and VOTORANTIM CIMENTOS NORTH AMERICA, INC.<br>*Defendant* | Civil Action No.<br>**09-CIV-23187-ALTONAGA/BROWN** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lafarge North America, Inc.
12950 Worldgate Dr., Ste. 500
Herndon, VA 20170

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Robert Josefsberg
Podhurst Orseck, P.A.
City National Bank Building
25 West Flagler Street, Suite 800
Miami, FL 33130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **October 21, 2009**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Autumn Sandoval
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

ACTION READY MIX CONCRETE, INC., SUPERIOR CONCRETE AND FLORIDA BUILDING MATERIALS, INC., DANIEL MORGAN CONSTRUCTION, INC., SHEAR CONSTRUCTION AND DEVELOPMENT, INC. and SQUARE D. HOMES, INC.  )
)
*Plaintiff*  )
)
v.  )  Civil Action No.
CEMEX CORP., FLORIDA ROCK INDUSTRIES, INC., HOLCIM (US) INC., LAFARGE NORTH AMERICA, INC., LEHIGH CEMENT COMPANY, OLDCASTLE MATERIALS, SUWANNEE AMERICAN CEMENT LLC, TITAN AMERICA LLC, and VOTORANTIM CIMENTOS NORTH AMERICA, INC.  )
)  **09-CIV-23187-ALTONAGA/BROWN**
)
)
*Defendant*  )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lehigh Cement Company
7660 Imperial Way
Allentown, PA 18195

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert Josefsberg
Podhurst Orseck, P.A.
City National Bank Building
25 West Flagler Street, Suite 800
Miami, FL 33130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **October 21, 2009**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Autumn Sandoval
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| ACTION READY MIX CONCRETE, INC., SUPERIOR CONCRETE AND FLORIDA BUILDING MATERIALS, INC., DANIEL MORGAN CONSTRUCTION, INC., SHEAR CONSTRUCTION AND DEVELOPMENT, INC. and SQUARE D HOMES, INC. <br> *Plaintiff* <br> v. <br> CEMEX CORP., FLORIDA ROCK INDUSTRIES, INC., HOLCIM (US) INC., LAFARGE NORTH AMERICA, INC., LEHIGH CEMENT COMPANY, OLDCASTLE MATERIALS, SUWANNEE AMERICAN CEMENT LLC, TITAN AMERICA LLC, and VOTORANTIM CIMENTOS NORTH AMERICA, INC. <br> *Defendant* | Civil Action No. <br> **09-CIV-23187-ALTONAGA/BROWN** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Oldcastle Materials, Inc.
900 Ashwood Parkway
Suite 700
Atlanta, GA 30338

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Robert Josefsberg
Podhurst Orseck, P.A.
City National Bank Building
25 West Flagler Street, Suite 800
Miami, FL 33130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: **October 21, 2009**

Steven M. Larimore
Clerk of Court

s/Autumn Sandoval
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| ACTION READY MIX CONCRETE, INC., SUPERIOR CONCRETE AND FLORIDA BUILDING MATERIALS, INC., DANIEL MORGAN CONSTRUCTION, INC., SHEAR CONSTRUCTION AND DEVELOPMENT, INC. and SQUARE D. HOMES, INC. <br> *Plaintiff* <br> v. <br> CEMEX CORP., FLORIDA ROCK INDUSTRIES, INC., HOLCIM (US) INC., LAFARGE NORTH AMERICA, INC., LEHIGH CEMENT COMPANY, OLDCASTLE MATERIALS, SUWANNEE AMERICAN CEMENT LLC, TITAN AMERICA LLC, and VOTORANTIM CIMENTOS NORTH AMERICA, INC. <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. <br><br> **09-CIV-23187-ALTONAGA/BROWN** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Suwanee American Cement LLC
5117 US Highway 27
Branford, FL 32008


A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert Josefsberg
Podhurst Orseck, P.A.
City National Bank Building
25 West Flagler Street, Suite 800
Miami, FL 33130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: **October 21, 2009**

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Autumn Sandoval
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

ACTION READY MIX CONCRETE, INC., SUPERIOR CONCRETE AND FLORIDA BUILDING MATERIALS, INC., DANIEL MORGAN CONSTRUCTION, INC., SHEAR CONSTRUCTION AND DEVELOPMENT, INC. and SQUARE D. HOMES, INC. )
)
*Plaintiff* )
)
v. )
CEMEX CORP., FLORIDA ROCK INDUSTRIES, INC., HOLCIM (US) INC., LAFARGE NORTH AMERICA, INC., LEHIGH CEMENT COMPANY, OLDCASTLE MATERIALS, SUWANNEE AMERICAN CEMENT LLC, TITAN AMERICA LLC, and VOTORANTIM CIMENTOS NORTH AMERICA, INC. )
)
*Defendant* )

Civil Action No.

**09-CIV-23187-ALTONAGA/BROWN**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Titan American LLC
2125 Kimball Terrace
Norfolk, VA 23504

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert Josefsberg
Podhurst Orseck, P.A.
City National Bank Building
25 West Flagler Street, Suite 800
Miami, FL 33130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **October 21, 2009**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Autumn Sandoval
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

ACTION READY MIX CONCRETE, INC., SUPERIOR CONCRETE AND FLORIDA BUILDING MATERIALS, INC., DANIEL MORGAN CONSTRUCTION, INC., SHEAR CONSTRUCTION AND DEVELOPMENT, INC. and SQUARE D. HOMES, INC.

*Plaintiff*

v.

CEMEX CORP., FLORIDA ROCK INDUSTRIES, INC., HOLCIM (US) INC., LAFARGE NORTH AMERICA, INC., LEHIGH CEMENT COMPANY, OLDCASTLE MATERIALS, SUWANNEE AMERICAN CEMENT LLC, TITAN AMERICA LLC, and VOTORANTIM CIMENTOS NORTH AMERICA, INC.

*Defendant*

Civil Action No.

**09-CIV-23187-ALTONAGA/BROWN**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Votorantim Cimentos North America, Inc.
100 W Bay St Ste 700
Jacksonville, FL 32202-3823

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert Josefsberg
Podhurst Orseck, P.A.
City National Bank Building
25 West Flagler Street, Suite 800
Miami, FL 33130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: **October 21, 2009**

Steven M. Larimore
Clerk of Court

s/Autumn Sandoval
Deputy Clerk
U.S. District Courts