US DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO. 09 CIV 23187 ALTONAGA/BROWN

ACTION READY MIX CONCRETE INC., ET AL;

V

HOLCIM (US) INC.,

State of MA, County of Middlesex
I, Paul Nardizzi, being duly sworn, depose and say that I am not a party to this action and that corporate service of the Summons in a Civil Action was made on Holcim (US) Inc., on 10/27/09 at 1010AM at 201 Jones Road, Waltham, MA 02451 by handing papers to Rick Reinhart (Comptroller and Officer of the Company).

Description of Person Served: White male, approx. 45 years old, 5 8", 180 pounds, brown hair.

Marital status: N/A

Military Status: N/A

Subscribed and Sworn to before me on the 27th day of October, 2009
Middlesex County, MA

Elena M. Nardizzi-Notary Public

ELENA M. NARDIZZI
Notary Public
Commonwealth of Massachusetts
My Comm. Expires 12/29/11

Paul Nardizzi
17 Clovelly Lane
Framingham, MA 01702

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

ACTION READY MIX CONCRETE, INC., SUPERIOR CONCRETE AND FLORIDA BUILDING MATERIALS, INC., DANIEL MORGAN CONSTRUCTION, INC., SHEAR CONSTRUCTION AND DEVELOPMENT, INC. and SQUARE D. HOMES, INC.

*Plaintiff*

v.

CEMEX CORP., FLORIDA ROCK INDUSTRIES, INC., HOLCIM (US) INC., LAFARGE NORTH AMERICA, INC., LEHIGH CEMENT COMPANY, OLDCASTLE MATERIALS, SUWANNEE AMERICAN CEMENT LLC, TITAN AMERICA LLC, and VOTORANTIM CIMENTOS NORTH AMERICA, INC.

*Defendant*

Civil Action No.
**09-CIV-23187-ALTONAGA/BROWN**

REC'D ____ 10/26/09
SERVED  Rick Reinhart
DATE ____ 10/27/09
TIME ____ 10:10 AM
P.S. ____ Paul Nardizzi  Paul Nardizz
(PRINT/SIGN NAME)

CERTIFIED IN THE CIRCUIT
COUNTY/COURT #_____

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Holcim (US), Inc.
Waltham Corporate Headquarters
201 Jones Rd.
Waltham, MA 02451

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Josefsberg
Podhurst Orseck, P.A.
City National Bank Building
25 West Flagler Street, Suite 800
Miami, FL 33130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: October 21, 2009



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Autumn Sandoval
Deputy Clerk
U.S. District Courts

CAPLAN & CAPLAN
172 W FLAGLER ST #320
MIAMI, FL 33130

99372

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: