# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

### CASE NO. 09-23187-CIV-ALTONAGA/Brown

**ACTION READY-MIX CONCRETE, INC.**, *et al.*,

       Plaintiffs,

vs.

**CEMEX CORP.**, *et al.*,

       Defendants.

_____/

### ORDER REQUIRING SCHEDULING REPORT
### AND CERTIFICATES OF INTERESTED PARTIES[1]

The parties must prepare and file a joint scheduling report, as required by Local Rule 16.1, by **November 30, 2009**.  In addition, by **November 30, 2009**, the parties, including governmental parties, must file Certificates of Interested Parties and Corporate Disclosure Statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party.  Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the Certificates.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of November, 2009.

*Cecilia M. Altonaga*

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

---

[1] The parties must not include Judge Altonaga or U.S. Magistrate Judge Brown as interested parties unless they have an interest in the litigation.