FILING FEE
PAID $75
Pro hac Vice 101548
Steven M. Larimore, Clerk

FILED by RGS D.C.
NOV 06 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S.D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-23187-CIV-ALTONAGA/BROWN

ACTION READY MIX CONCRETE INC.,
SUPERIOR CONCRETE, INC., DANIEL
MORGAN CONSTRUCTION, INC., SHEAR
CONSTRUCTION AND DEVELOPMENT,
INC., and SQUARE D. HOMES, INC. on
Behalf of Themselves and all Others Similarly
Situated,

      Plaintiffs,

vs.

CEMEX CORP., FLORIDA ROCK
INDUSTRIES, INC., HOLCIM (US) INC.,
LAFARGE NORTH AMERICA, INC.,
LEHIGH CEMENT COMPANY,
OLDCASTLE MATERIALS, SUWANNEE
AMERICAN CEMENT LLC, TITAN
AMERICA LLC, and VOTORANTIM
CIMENTOS NORTH AMERICA, INC.,

      Defendants.
_____/

## MOTION FOR LIMITED APPEARANCE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

In accordance with Local Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Jay L. Himes, of the law firm of Labaton Sucharow LLP, 140 Broadway, 34th Floor, New York, NY 10005, (212) 907-0700, fax (212) 818-0477, for purposes of limited appearance as co-counsel on behalf of Plaintiffs Action Ready Mix Concrete Inc., Superior Concrete, Inc., Daniel Morgan Construction, Inc., Shear Construction and

Development, Inc., and Square D. Homes, Inc. in the above-styled case only, and pursuant to Rule 2B, Southern District of Florida, CM/ECF Administrative Procedures, to permit Jay L. Himes to receive electronic filings in this case, and in support thereof states as follows:

1. Jay L. Himes is not admitted to practice in the Southern District of Florida and is a member in good standing of the New York Bar and is admitted to practice in the United States District Court for the Southern and Eastern Districts of New York.

2. Movant, Alexander Rundlet, Esq., of the law firm of Podhurst Orseck, P.A., 25 West Flagler Street, City National Bank Building, Suite 800, Miami, FL 33130, (305) 358-2800, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Jay L. Himes, has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4B is attached.

4. Jay L. Himes, by and through designated counsel and pursuant to Section 2B, Southern District of Florida, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Jay L. Himes at email address: jhimes@labaton.com.

WHEREFORE, Alexander Rundlet, Esq., moves this Court to enter an Order permitting Jay L. Himes to appear before this Court on behalf of Plaintiffs Action Ready Mix Concrete Inc., Superior Concrete, Inc., Daniel Morgan Construction, Inc., Shear Construction and Development,

Inc., and Square D. Homes, Inc. for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Jay L. Himes.

Dated: November 5, 2009

Respectfully submitted,

_____
Alexander Rundlet
Fla. Bar No. 692301
arundlet@podhurst.com
**PODHURST ORSECK, P.A.**
City National Bank Building
25 West Flagler Street, Suite 800
Miami, FL 33130
Telephone: (305) 358.2800
Fax: (305) 358.2382

*Attorney for Plaintiffs Action Ready Mix Concrete Inc., Superior Concrete, Inc., Daniel Morgan Construction, Inc., Shear Construction and Development, Inc., and Square D. Homes, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-23187-CIV-ALTONAGA/BROWN

ACTION READY MIX CONCRETE INC.,
SUPERIOR CONCRETE, INC., DANIEL
MORGAN CONSTRUCTION, INC., SHEAR
CONSTRUCTION AND DEVELOPMENT,
INC., and SQUARE D. HOMES, INC. on
Behalf of Themselves and all Others Similarly
Situated,

      Plaintiffs,

vs.

CEMEX CORP., FLORIDA ROCK
INDUSTRIES, INC., HOLCIM (US) INC.,
LAFARGE NORTH AMERICA, INC.,
LEHIGH CEMENT COMPANY,
OLDCASTLE MATERIALS, SUWANNEE
AMERICAN CEMENT LLC, TITAN
AMERICA LLC, and VOTORANTIM
CIMENTOS NORTH AMERICA, INC.,

      Defendants.
_____/

## CERTIFICATION OF JAY L. HIMES

Jay L. Himes, Esq., pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the New York Bar and am admitted to practice in the United States District Court for the Southern and Eastern Districts of New York.

Jay L. Himes

11-5-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-23187-CIV-ALTONAGA/BROWN

ACTION READY MIX CONCRETE INC.,
SUPERIOR CONCRETE, INC., DANIEL
MORGAN CONSTRUCTION, INC., SHEAR
CONSTRUCTION AND DEVELOPMENT,
INC., and SQUARE D. HOMES, INC. on
Behalf of Themselves and all Others Similarly
Situated,

   Plaintiffs,

vs.

CEMEX CORP., FLORIDA ROCK
INDUSTRIES, INC., HOLCIM (US) INC.,
LAFARGE NORTH AMERICA, INC.,
LEHIGH CEMENT COMPANY,
OLDCASTLE MATERIALS, SUWANNEE
AMERICAN CEMENT LLC, TITAN
AMERICA LLC, and VOTORANTIM
CIMENTOS NORTH AMERICA, INC.,

   Defendants.
_____/

## CERTIFICATE OF SERVICE

I, Alexander Rundlet, hereby certify that a true and correct copy of the foregoing Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings to be served via the Court's ECF system on all parties registered for electronic filing on November 6, 2009.

                _____
                Alexander Rundlet, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-23187-CIV-ALTONAGA/BROWN

ACTION READY MIX CONCRETE INC.,
SUPERIOR CONCRETE, INC., DANIEL
MORGAN CONSTRUCTION, INC., SHEAR
CONSTRUCTION AND DEVELOPMENT,
INC., and SQUARE D. HOMES, INC. on
Behalf of Themselves and all Others Similarly
Situated,

      Plaintiffs,

vs.

CEMEX CORP., FLORIDA ROCK
INDUSTRIES, INC., HOLCIM (US) INC.,
LAFARGE NORTH AMERICA, INC.,
LEHIGH CEMENT COMPANY,
OLDCASTLE MATERIALS, SUWANNEE
AMERICAN CEMENT LLC, TITAN
AMERICA LLC, and VOTORANTIM
CIMENTOS NORTH AMERICA, INC.,

      Defendants.
_____/

### ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF
### JAY L. HIMES
### CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY
### RECEIVE NOTICES OF ELECTRONIC FILINGS

THIS CAUSE having come before the Court on the Motion for Limited Appearance of Jay L. Himes and Consent to Designation, requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a limited appearance of Jay L. Himes in this matter and request to electronically receive notice of electronic filings. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

The Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings is GRANTED. Jay L. Himes is granted to appear and participate in this action on behalf of Plaintiffs Action Ready Mix Concrete Inc., Superior Concrete, Inc., Daniel Morgan Construction, Inc., Shear Construction and Development, Inc., and Square D. Homes, Inc. The Clerk shall provide electronic notification of all electronic filings to Jay L. Himes at jhimes@labaton.com.

DONE AND ORDERED in Chambers at _____, Florida this _____ day of _____.

_____
Hon. Cecilia Maria Altonaga
United States District Judge

Copies furnished to:
All Counsel of Record