UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MASTER DOCKET NO. 09-23187-CIV-ALTONAGA/Brown

IN RE FLORIDA CEMENT AND
CONCRETE ANTITRUST LITIGATION
_____/

## ORDER

**THIS CAUSE** came before the Court on a *sua sponte* review of the record. In accordance with Pretrial Order No. 2, entered in *In re Florida Cement and Concrete Antitrust Litigation [Indirect Purchaser Action]*, master docket number 09-23493-CIV-ALTONAGA/Brown, it is

**ORDERED AND ADJUDGED** that Indirect Purchaser Plaintiffs' Motion for Entry of Pretrial Order No. 2 **[D.E. 37]** is **GRANTED IN PART**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of December, 2009.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:  counsel of record