

FILING FEE
PAID $75.00
Pro hac 10/15/10
Vice
Steven M. Larimore, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED by ЕВ D.C.
JAN 12 2010
STEVEN M. LARIMORE
CLERK U. S. DIST CT
S. D. of FLA. – MIAMI

Case No. 09-23187-CIV-ALTONAGA/BROWN

IN RE FLORIDA CEMENT AND
CONCRETE ANTITRUST LITIGATION
_____ )

## MOTION FOR LIMITED APPEARANCE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

In accordance with Local Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of William P. Butterfield, of the law firm of Hausfeld LLP, 1700 K Street, NW Suite 650, Washington, DC 20006, (202) 540-7200, fax (202) 540-7201, for purposes of limited appearance as interim co-lead counsel on behalf of Direct Purchaser Plaintiffs, in the above-styled case only, and pursuant to Rule 2B, Southern District of Florida, CM/ECF Administrative Procedures, to permit William P. Butterfield to receive electronic filings in this case, and in support thereof states as follows:

1. William P. Butterfield is not admitted to practice in the Southern District of Florida and is a member of good standing of the District of Columbia Bar.

2. Movant, Katherine W. Ezell, of the law firm of Podhurst Orseck, P.A., City National Bank Building, 25 West Flagler Street, Suite 800, Miami, FL 33130, (305) (305) 358-2800, fax (305) 358-2382, is a member of good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be

designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, William P. Butterfield has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4B is attached.

4. William P. Butterfield, by and through designated counsel and pursuant to Section 2B, Southern District of Florida, CM/ECF Administrative Procedures hereby requests the Court to provide Notice of Electronic Filings to William P. Butterfield at email address: wbutterfield@hausfeldllp.com.

WHEREFORE, Katherine W. Ezell, Esq., moves this Court to enter an Order permitting William P. Butterfield to appear before this Court on behalf of the Direct Purchaser Plaintiffs for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to William P. Butterfield.

Dated: January 12th, 2010

Respectfully submitted,

_____
KATHERINE W. EZELL
FLA. BAR NO.: 114771
**PODHURST ORSECK, P.A.,**
City National Bank Building,
25 West Flagler Street, Suite 800,
Miami, FL 33130,
Tel (305) 358-2800,
Fax (305) 358-2382

2

*Plaintiffs Liaison Counsel*

## CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

Dated: January 12, 2010.

                                              Respectfully submitted,

                                              PODHURST ORSECK, P.A.
                                              Plaintiffs Liaison Counsel
                                              City National Bank Bldg.
                                              25 W. Flagler Street, Suite 800
                                              Miami, Florida 33130
                                              Telephone: (305) 358-2800
                                              Facsimile: (305) 358-2382

                                        By: *Katherine W. Ezell* (signature)
                                              Katherine W. Ezell
                                              Florida Bar No. 114771
                                              Email: kezell@podhurst.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of January, 2010, I hand delivered the foregoing to the Clerk of the Court who will then serve all parties on the attached service list using CM/ECF.

_____
KATHERINE W. EZELL

## SERVICE LIST
Action Ready Mix Concrete Inc., et al. v. Cemex Corp., et al.
Case No.: 09-23187-Civ-ALTANOGA/Brown (Lead Case)

United States District Court Southern District Of Florida

| | |
|---|---|
| ROBERT C. JOSEFSBERG, ESQ.<br>VICTOR M. DIAZ, JR., ESQ.<br>KATHERINE W. EZELL, ESQ.<br>ALEXANDER RUNDLET, ESQ.<br>Podhurst Orseck Josefsberg et al<br>25 W Flagler Street, Suite 800<br>Miami, FL 33130-1780<br>Telephone: 305-358-2800<br>Facsimile: 305-358-2382<br>Email: rjosefsberg@podhurst.com<br>Email: vdiaz@podhurst.com<br>Email: kezell@podhurst.com<br>Email: arundlet@podhurst.com<br><br>**Liaison Counsel for Plaintiffs:**<br>**Action Ready Mix Concrete Inc.**<br>**Superior Concrete, Inc.**<br>**Daniel Morgan Construction, Inc.**<br>**Shear Construction and Development, Inc.**<br>**Square D. Homes, Inc.** | GREGORY S. ASCIOLLA, ESQ.<br>HOLLIS L. SALZMAN, ESQ.<br>JAY L. HIMES, ESQ.<br>RYAN G. KRIGER, ESQ.<br>KELLIE LERNER, ESQ.<br>Labaton Sucharow LLP<br>140 Broadway, 34th floor<br>New York, New York 10005<br>Telephone: 212-907-0700<br>Facsimile: 212-818-0477<br>Email: gasciolla@labaton.com<br>Email: hsalzman@labaton.com<br>Email: jhimes@labaton.com<br>Email: rkriger@labaton.com<br>Email: klerner@labaton.com<br><br>**Interim Co-Lead Class Counsel for Plaintiffs:**<br>**Action Ready Mix Concrete Inc.**<br>**Superior Concrete, Inc.**<br>**Daniel Morgan Construction, Inc.**<br>**Shear Construction and Development, Inc.**<br>**Square D. Homes, Inc.** |
| BONNY E. SWEENEY, ESQ.<br>CARMEN A. MEDICI, ESQ.<br>Coughlin Stoia Geller Rudman & Robbins LLP<br>655 West Broadway, Suite #1900<br>San Diego, CA 92101<br>Telephone: 619-231-1058<br>Facsimile: 619-231-7423<br>Email: bonnys@csgrr.com<br>Email: cmedici@csgrr.com<br><br>**Counsel for Plaintiffs:**<br>**Action Ready Mix Concrete Inc.**<br>**Superior Concrete, Inc.**<br>**Daniel Morgan Construction, Inc.**<br>**Shear Construction and Development, Inc.**<br>**Square D. Homes, Inc.** | DAVID J. GEORGE, ESQ.<br>Coughlin Stoia Geller Rudman & Robbins LLP<br>120 East Palmetto Park Road, Suite #500<br>Boca Raton, Florida 33432<br>Telephone: 561-750-3000<br>Facsimile: 561-750-3364<br>Email: dgeorge@csgrr.com<br>Email: bonnys@csgrr.com<br>Email: cmedici@csgrr.com<br><br>**Counsel for Plaintiffs:**<br>**Action Ready Mix Concrete Inc.**<br>**Superior Concrete, Inc.**<br>**Daniel Morgan Construction, Inc.**<br>**Shear Construction and Development, Inc.**<br>**Square D. Homes, Inc.** |

| | |
|---|---|
| **GERALD J. RODOS, ESQ.**<br>**JEFFREY B. GITTLEMAN, ESQ.**<br>Barrack, Rodos & Bacine<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103<br>Telephone: 215-963-0600<br>Facsimile: 215-963-0838<br>Email: grodos@barrack.com<br>Email: jgittleman.com<br><br>**Counsel for Plaintiffs:**<br>**Action Ready Mix Concrete Inc.**<br>**Superior Concrete, Inc.**<br>**Daniel Morgan Construction, Inc.**<br>**Shear Construction and Development, Inc.**<br>**Square D. Homes, Inc.** | **PATRCIK BARRETT, ESQ.**<br>Barrett Law Office, P.A.<br>One Burton Hills Boulevard, Suite #380<br>Nashville, TN 37215<br>Telephone: 615-665-9990<br>Facsimile: 615-665-9998<br>Email: pmbarrett3@barrettlawoffice.com<br><br>**Counsel for Plaintiffs:**<br>**Action Ready Mix Concrete Inc.**<br>**Superior Concrete, Inc.**<br>**Daniel Morgan Construction, Inc.**<br>**Shear Construction and Development, Inc.**<br>**Square D. Homes, Inc.** |
| **BRYAN L. CLOBES, ESQ.**<br>**ELLEN MERIWETHER, ESQ.**<br>**NYRAN ROSE PEARSON, ESQ.**<br>Cafferty Faucher LLP<br>1717 Arch Street, Suite #3610<br>Philadelphia, PA 19103<br>Telephone: 215-864-2800<br>Facsimile: 215-864-2810<br>Email: bclobes@caffertyfaucher.com<br>Email: emeriwether@caffertyfaucher.com<br>Email: npearson@caffertyfaucher.com<br><br>**Counsel for Plaintiffs:**<br>**Action Ready Mix Concrete Inc.**<br>**Superior Concrete, Inc.**<br>**Daniel Morgan Construction, Inc.**<br>**Shear Construction and Development, Inc.**<br>**Square D. Homes, Inc.** | **BRIAN CAMPF, ESQ.**<br>Brian S. Campf, PC<br>7243 Southeast 34th Avenue<br>Portland, OR 97202<br>Telephone: 503-849-9899<br>Email: brian@bsclegal.com<br><br>**Counsel for Plaintiffs:**<br>**Action Ready Mix Concrete Inc.**<br>**Superior Concrete, Inc.**<br>**Daniel Morgan Construction, Inc.**<br>**Shear Construction and Development, Inc.**<br>**Square D. Homes, Inc.** |

| | |
|---|---|
| JOSEPH G. SAUDER, ESQ.<br>BENJAMIN F. JOHNS, ESQ.<br>Chimicles & Tikellis LLP<br>One Haverford Centre<br>Haverford, PA 19041<br>Telephone: 610-642-8500<br>Facsimile: 610-649-3633<br>Email: JosephSauder@chimicles.com<br>Email: bfj@chimicles.com<br><br>**Counsel for Plaintiffs:**<br>**Action Ready Mix Concrete Inc.**<br>**Superior Concrete, Inc.**<br>**Daniel Morgan Construction, Inc.**<br>**Shear Construction and Development, Inc.**<br>**Square D. Homes, Inc.** | KEVIN B. LOVE, ESQ.<br>MICHAEL E. CRIDEN, ESQ.<br>Criden & Love, P.A.<br>7301 Southwest 57th Court, Suite #515<br>South Miami, Florida 33143<br>Telephone: 305-357-9000<br>Facsimile: 305-357-9050<br>Email: mcriden@cridenlove.com<br>Email: klove@cridenlove.com<br><br>**Counsel for Plaintiffs:**<br>**Action Ready Mix Concrete Inc.**<br>**Superior Concrete, Inc.**<br>**Daniel Morgan Construction, Inc.**<br>**Shear Construction and Development, Inc.**<br>**Square D. Homes, Inc.** |
| DANIEL E. GUSTAFSON, ESQ.<br>JASON S. KILENE, ESQ.<br>Gustafson Gluek PLLC<br>608 Second Avenue South, Suite #650<br>Minneapolis, MN 55402<br>Telephone: 612-333-8844<br>Facsimile: 612-339-6622<br>Email: dgustafson@gustafsongluek.com<br>Email: jkilene@gustafsongluek.com<br><br>**Counsel for Plaintiffs:**<br>**Action Ready Mix Concrete Inc.**<br>**Superior Concrete, Inc.**<br>**Daniel Morgan Construction, Inc.**<br>**Shear Construction and Development, Inc.**<br>**Square D. Homes, Inc.** | JOSEPH C. KOHN, ESQ.<br>Kohn, Swift & Graf, P.C.<br>One South Broad Street, Suite #2100<br>Philadelphia, PA 19107<br>Telephone: 215-238-1700<br>Email: jkohn@kohnswift.com<br><br>**Counsel for Plaintiffs:**<br>**Action Ready Mix Concrete Inc.**<br>**Superior Concrete, Inc.**<br>**Daniel Morgan Construction, Inc.**<br>**Shear Construction and Development, Inc.**<br>**Square D. Homes, Inc.** |

| | |
|---|---|
| W. JOSEPH BRUCKNER, ESQ.<br>BRIAN D. CLARK, ESQ.<br>Lockbridge Grindal Nauen P.L.L.P.<br>100 Washington Avenue South<br>Suite #2200<br>Minneapolis, MN 55401<br>Telephone: 612-339-6900<br>Facsimile: 612-339-0981<br>Email: wjbruckner@locklaw.com<br>Email: bdclark@locklaw.com<br><br>**Counsel for Plaintiffs:**<br>**Action Ready Mix Concrete Inc.**<br>**Superior Concrete, Inc.**<br>**Daniel Morgan Construction, Inc.**<br>**Shear Construction and Development, Inc.**<br>**Square D. Homes, Inc.** | NOAH SHUBE, ESQ.<br>The Law Offices of Noah Shube<br>434 Broadway, 6th Floor<br>New York, New York 10013<br>Telephone: 212-274-8638<br>Facsimile: 212-966-8652<br>Email: nshube@nsfirm.com<br><br>**Counsel for Plaintiffs:**<br>**Action Ready Mix Concrete Inc.**<br>**Superior Concrete, Inc.**<br>**Daniel Morgan Construction, Inc.**<br>**Shear Construction and Development, Inc.**<br>**Square D. Homes, Inc.** |
| ROBERT S. SCHACHTER, ESQ.<br>JOSEPH LIPOFSKY, ESQ.<br>Zwerling, Schachter & Zwerling, LLP<br>41 Madison Avenue<br>New York, New York 10010<br>Telephone: 212-223-3900<br>Facsimile: 212-371-5969<br>Email: rschachter@zsz.com<br>Email: jlipofsky@zsz.com<br><br>**Counsel for Plaintiffs:**<br>**Action Ready Mix Concrete Inc.**<br>**Superior Concrete, Inc.**<br>**Daniel Morgan Construction, Inc.**<br>**Shear Construction and Development, Inc.**<br>**Square D. Homes, Inc.** | MATTHEW W. FRIEDRICH, ESQ.<br>WILLIAM A. ISAACSON, ESQ.<br>Boies, Schiller & Flexner LLP<br>5301 Wisconsin Avenue NW, #800<br>Washington, D.C. 20015<br>Telephone: 202-237-2727<br>Facsimile: 202-237-6131<br>Email: mfriedrich@bsfllp.com<br>Email: wisaacson@bsfllp.com<br><br>MARK J. HEISE, ESQ.<br>Boies, Schiller & Flexner LLP<br>100 Southeast Second Street, Suite #2800<br>Miami, Florida 33131<br>Telephone: 305-539-8400<br>Facsimile: 305-539-1307<br>Email: mheise@bstllp.com<br><br>**Interim Co-Lead Class Counsel for Plaintiffs:**<br>**Action Ready Mix Concrete Inc.**<br>**Superior Concrete, Inc.**<br>**Daniel Morgan Construction, Inc.**<br>**Shear Construction and Development, Inc.**<br>**Square D. Homes, Inc.** |

| | |
|---|---|
| SHEPARD GOLDFEIN, ESQ.<br>PAUL M. ECKLES, ESQ.<br>CLIFFORD H. ARONSON, ESQ.<br>MATTHRE M. MARTINO, ESQ.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036-6522<br>Telephone: 212-735-3000<br>Facsimile: 212-735-2000<br>Email: shepard.goldfein@skadden.com<br>Email: paul.eckles@skadden.com<br>Email: clifford.aronson@skadden.com<br>Email: matthew.martino@skadden.com<br><br>MICHAEL NACHWALTER, ESQ.<br>ELIZABETH B. HONKONEN, ESQ.<br>JALAINE GARCIA, ESQ.<br>Kenny Nachwalter, P.A.<br>1100 Miami Center<br>201 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: 305-373-1000<br>Facsimile: 305-373-1861<br>Email: mnachwalter@kennynachwalter.com<br>Email: ebh@kennynachwalter.com<br>Email: jgarcia@kennynachwalter.com<br><br>**Counsel for Defendant:**<br>**Cemex Corp.** | RYAN SHORES, ESQ.<br>Hunton & Williams LLP<br>1900 K Street, NW<br>Washington, D.C.<br>Telephone: 202-955-1500<br>Facsimile: 202-778-2201<br>Email: rshores@hunton.com<br><br>D. BRUCE HOFFMAN, ESQ.<br>MARTY STEINBERG, ESQ.<br>Hunton & Williams LLP<br>1111 Brickell Avenue, Suite #2500<br>Miami, Florida 33131<br>Telephone: 305-810-2500<br>Facsimile: 305-810-2460<br>Email: bhoffman@hunton.com<br>Email: msteinberg@hunton.com<br><br>**Counsel for Defendant:**<br>**Florida Rock Industries, Inc.** |

| | |
|---|---|
| **FRANK G. BURT, ESQ.**<br>Jorden Burt LLP<br>1025 Thomas Jefferson Street NW<br>Suite #400 East<br>Washington, D.C. 20007<br>Telephone: 202-965-8100<br>Facsimile: 202-965-8104<br>Email: fgb@jordenusa.com<br><br>**LAURA COFER TAYLOR, ESQ.**<br>**JAMES L. COOPER, ESQ.**<br>**RYAN Z. WATTS, ESQ.**<br>Arnold & Porter LLP<br>555 12th Street NW<br>Washington, D.C. 20004<br>Telephone: 202-942-5000<br>Facsimile: 202-942-5999<br>Email: Laura.Taylor@aporter.com<br>Email: James.Cooper@aporter.com<br>Email: Ryan.Watts@aporter.com<br><br>**RICHARD J. OVELMEN, ESQ.**<br>Jorden Burt LLP<br>777 Brickell Avenue, Suite #500<br>Miami, Florida 33131<br>Telephone: 305-371-2600<br>Facsimile: 305-372-9928<br>Email: rjo@jordenusa.com<br><br>**Counsel for Defendant:**<br>**Titan America LLC** | **ADAM B. DEUTSCH, ESQ.**<br>**ANDREW G. KLEVORN, ESQ.**<br>**MICHAEL B. MACKENZIE, ESQ.**<br>Eimer Stahl Klevorn & Solberg LLP<br>224 South Michigan Avenue, Suite #1100<br>Chicago, Illinois 60604<br>Telephone: 312-660-7600<br>Facsimile: 312-692-1718<br>Email: adeutsch@eimerstahl.com<br>Email: aklevorn@eimerstahl.com<br>Email: mmackenzie@eimerstahl.com<br><br>**JUAN J. RODRIGUEZ, ESQ.**<br>Carey Rodriguez Greenberg & Paul, LLP<br>Espirito Santo Plaza<br>1395 Brickell Avenue, Suite #700<br>Miami, Florida 33131<br>Telephone: 305-372-7474<br>Facsimile: 305-372-7475<br>Email: jrodriguez@crgplaw.com<br><br>**Counsel for Defendant:**<br>**Holcim (US), Inc.** |
| **BARRY N. GREENBERG, ESQ.**<br>**HELAINE S. GOODNER, ESQ.**<br>Fowler White Burnett, P.A.<br>Espirito Santo Plaza<br>1395 Brickell Avenue, 14th floor<br>Miami, Florida 33131<br>Telephone: 305-789-9200<br>Facsimile: 305-789-9201<br>Email: bgreenberg@fowler-white.com<br>Email: hgoodner@fowler-white.com<br><br>**Counsel for Defendant:**<br>**Lehigh Cement Company** | **JOHN B. WYSS, ESQ.**<br>**JOSHUA W. ABBOTT, ESQ.**<br>**THOMAS R. MCCARTHY, ESQ.**<br>Wiley Rein LLP<br>1776 K Street, NW<br>Washington, DC 20006<br>Telephone: 202-719-7000<br>Facsimile: 202-719-7049<br>Email: jwyss@wileyrein.com<br>Email: jabbott@wileyrein.com<br>Email: tmccarthy@wileyrein.com<br><br>**Counsel for Defendant:**<br>**Lehigh Cement Company** |

| | |
|---|---|
| **THOMAS E. SCOTT, ESQ.**<br>**ROBERT D. RIGHTMYER, ESQ.**<br>Cole, Scott & Kissane, P.A.<br>Dadeland Centre II, 14th floor<br>9150 South Dadeland Boulevard<br>Miami, Florida 33156<br>Telephone: 305-350-5300<br>Facsimile: 305-373-2294<br>Email: Thomas.scott@csklegal.com<br>Email: Robert.rightmyer@csklegal.com<br><br>**Counsel for Defendant:**<br>**Oldcastle, Inc.** | **CHRISTOPHER B. HOPKINS, ESQ.**<br>Butzel Long, a professional corporation<br>125 Worth Avenue, Suite #330<br>Palm Beach, Florida 33480<br>Telephone: 561-659-8676<br>Facsimile: 561-659-8679<br>Email: Hopkins@butzel.com<br><br>**Counsel for Defendant:**<br>**Votorantim Cimentos North America, Inc.** |
| **JUAN A. GONZALEZ, ESQ.**<br>**FRANK P. CUNEO, ESQ.**<br>Liebler, Gonzalez & Portuondo, P.A.<br>Courthouse Tower – 25th floor<br>44 West Flagler Street<br>Miami, Florida<br>Telephone: 305-379-0400<br>Facsimile: 305-379-9626<br>Email: jag@lgplaw.com<br>Email: fpc@lgplaw.com<br><br>**Counsel for Defendant:**<br>**Lafarge North America, Inc.** | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 09-23187-CIV-ALTONAGA/BROWN

IN RE FLORIDA CEMENT AND
CONCRETE ANTITRUST LITIGATION
                                                      )

FILED by __EB__ D.C.

JAN 1 2 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S. D. of FLA. - MIAMI

### CERTIFICATION OF WILLIAM P. BUTTERFIELD

William P. Butterfield, Esq., pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the District of Columbia Bar.

Dated: December 11, 2009

Respectfully submitted,

William P. Butterfield

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-23187-CIV-ALTONAGA/BROWN

IN RE FLORIDA CEMENT AND
CONCRETE ANTITRUST LITIGATION
_____/

## ORDER GRANTING MOTION FOR LIMITED APPEARANCE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

THIS CAUSE having come before the Court on the Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings, filed by William P. Butterfield, Esq., requesting, pursuant to Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for the admission pro hac vice of William P. Butterfield, Esq. in this matter and requesting, pursuant to Rule 2B of the Southern District of Florida CM/ECF Administrative Procedures, that Mr. Butterfield electronically receive notice of electronic filings. This court has considered the motion and all other relevant factors, and it is hereby

ORDERED and ADJUDGED that the Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings filed by William P. Butterfield, is GRANTED. William P. Butterfield, Esq., is granted leave to appear and participate in this action on behalf of Direct Plaintiffs.

The Clerk shall provide electronic notification of all electronic filings to William P. Butterfield, Esq., at wbutterfield@hausfeldllp.com.

CASE NO. 09-23187-CIV-ALTONAGA/BROWN

DONE AND ORDERED in Chambers at Miami-Dade County, Florida this _____ day of _____, 2010.

_____
CECILIA M. ALTONAGA
United States District Judge

Copies furnished to : counsel of record