



**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

MASTER DOCKET NO. 09-23187-CIV-ALTONAGA/BROWN

IN RE FLORIDA CEMENT AND
CONCRETE ANTITRUST LITIGATION

_____/

## MOTION FOR LIMITED APPEARANCE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE <u>NOTICES OF ELECTRONIC FILINGS</u>

In accordance with Local Rule 4.B of the Special Rules Governing the Admission and

Practice of Attorneys of the United States District Court for the Southern District of Florida, the

undersigned respectfully moves for the admission of Lee Albert, of the law firm of Murray, Frank &

Sailer LLP, 275 Madison Avenue, Suite 801, New York, NY 10016, (212) 682-1818, fax (212) 682-

1892, for purposes of limited appearance as co-counsel on behalf of Plaintiffs Action Ready Mix

Concrete Inc., Advantage Concrete of Florida, Inc., Bay Area Remodelers, Inc., Carpenter

Contractors of America, Inc., Daniel Morgan Construction, Inc., Family Pools, Inc., Florida Block &

Ready Mix, Hard Rock Materials, Kroeger Enterprises, Inc., and Liberty Concrete and Masonry, Inc.

herein, in the above-styled case only, and pursuant to Rule 2B, Southern District of Florida,

CM/ECF Administrative Procedures, to permit Lee Albert to receive electronic filings in this case,

and in support thereof states as follows:

1.      Lee Albert is not admitted to practice in the Southern District of Florida and is a

member in good standing of the New Jersey and Pennsylvania Bar and is admitted to practice in the

United States District Court for the District of New Jersey and Eastern District of Pennsylvania.

2.      Movant, Alexander Rundlet, Esq., of the law firm of  Podhurst Orseck, P.A., 25

West Flagler Street, City National Bank Building, Suite 800, Miami, FL 33130, (305) 358-2800, is a

member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Lee Albert, has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4B is attached hereto.

4.      Lee Albert, by and through designated counsel and pursuant to Section 2B, Southern District of Florida, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Lee Albert at email address: lalbert@murrayfrank.com.

WHEREFORE, Alexander Rundlet, Esq., moves this Court to enter an Order permitting Lee Albert to appear before this Court on behalf of Plaintiffs Action Ready Mix Concrete Inc., Advantage Concrete of Florida, Inc., Bay Area Remodelers, Inc., Carpenter Contractors of America, Inc., Daniel Morgan Construction, Inc., Family Pools, Inc., Florida Block & Ready Mix, Hard Rock Materials, Kroeger Enterprises, Inc., and Liberty Concrete and Masonry, Inc. for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Lee Albert.

Dated: January _____, 2010

Respectfully submitted,

_____
Alexander Rundlet
Fla. Bar No. 692301

arundlet@podhurst.com
**PODHURST ORSECK, P.A.**
City National Bank Building
25 West Flagler Street, Suite 800
Miami, FL 33130
Telephone: (305) 358.2800
Fax: (305) 358.2382

*Attorney for Plaintiffs Action Ready Mix Concrete Inc.,*
*Advantage Concrete of Florida, Inc., Bay Area Remodelers,*
*Inc., Carpenter Contractors of America, Inc., Daniel Morgan*
*Construction, Inc., Family Pools, Inc., Florida Block &*
*Ready Mix, Hard Rock Materials, Kroeger Enterprises, Inc.,*
*and Liberty Concrete and Masonry, Inc.*

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

MASTER DOCKET NO. 09-23187-CIV-ALTONAGA/BROWN

IN RE FLORIDA CEMENT AND
CONCRETE ANTITRUST LITIGATION

_____/

## CERTIFICATION OF LEE ALBERT

Lee Albert, Esq., pursuant to Rule 4B of the Special Rules Governing the Admission and

Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States

District Court for the Southern District of Florida; and (2) I am a member in good standing of the

New Jersey and Pennsylvania Bar and am admitted to practice in the United States District Court of

New Jersey and Eastern District of Pennsylvania.

_____
Lee Albert

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MASTER DOCKET NO. 09-23187-CIV-ALTONAGA/BROWN

IN RE FLORIDA CEMENT AND
CONCRETE ANTITRUST LITIGATION

_____/

## CERTIFICATE OF SERVICE

I, Alexander Rundlet, hereby certify that a true and correct copy of the foregoing Motion for

Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of

Electronic Filings to be served via the Court's ECF system on all parties registered for electronic

filing on January 2̲0̲, 2010.

_____
Alexander Rundlet, Esq.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MASTER DOCKET NO. 09-23187-CIV-ALTONAGA/BROWN

IN RE FLORIDA CEMENT AND
CONCRETE ANTITRUST LITIGATION
_____/

## ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF
## LEE ALBERT
## CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY
## RECEIVE NOTICES OF ELECTRONIC FILINGS

THIS CAUSE having come before the Court on the Motion for Limited Appearance of Lee

Albert and Consent to Designation, requesting, pursuant to Rule 4B of the Special Rules Governing

the Admission and Practice of Attorneys in the United States District Court for the Southern

District of Florida, permission for a limited appearance of Lee Albert in this matter and request to

electronically receive notice of electronic filings. This Court having considered the motion and all

other relevant factors, it is hereby

ORDERED and ADJUDGED that:

The Motion for Limited Appearance, Consent to Designation and Request to

Electronically Receive Notices of Electronic Filings is GRANTED. Lee Albert is granted to appear

and participate in this action on behalf of Plaintiffs Action Ready Mix Concrete Inc., Advantage

Concrete of Florida, Inc., Bay Area Remodelers, Inc., Carpenter Contractors of America, Inc.,

Daniel Morgan Construction, Inc., Family Pools, Inc., Florida Block & Ready Mix, Hard Rock

Materials, Kroeger Enterprises, Inc., and Liberty Concrete and Masonry, Inc. The Clerk shall

provide electronic notification of all electronic filings to Lee Albert at lalbert@murrayfrank.com.

DONE AND ORDERED in Chambers at _____, Florida this _____

day of _____.


_____
Hon. Cecilia Maria Altonaga
United States District Judge


Copies furnished to:
All Counsel of Record