



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-23187

IN RE FLORIDA CEMENT AND
CONCRETE ANTITRUST LITIGATION
_____/

# MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Steven A. Kanner of the law firm of Freed Kanner London & Millen LLC, for purposes of appearance as co-counsel on behalf of Direct Purchaser Plaintiffs in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Steven A. Kanner to receive electronic filings in this case, and in support thereof states as follows:

1. Steven A. Kanner is not admitted to practice in the Southern District of Florida and is a member in good standing of the United States District Court for the Northern District of Illinois.

2. Movant, Katherine W. Ezell, Esquire, of the law firm of Podhurst Orseck, P.A., 25 W. Flagler Street, Suite 800, Miami, FL 33130, (305) 358-2800, is a member in good standing of the The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom

filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Steven A. Kanner has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Steven A. Kanner, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Steven A. Kanner at email address: skanner@fklmlaw.com.

WHEREFORE, Katherine W. Ezell, moves this Court to enter an Order Steven A. Kanner, to appear before this Court on behalf of Direct Purchaser Plaintiffs, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Steven A. Kanner.

Date: May 20, 2010                    Respectfully submitted,

*[signature]*
Katherine W. Ezell
Florida Bar No. 114771
kezell@podhurst.com
PODHURST ORSECK, P.A.
25 W. Flagler Street, Suite 800
Miami, FL 33130
Telephone: (305) 358-2800
Facsimile: (305) 358-2382

*Plaintiffs' Liaison Counsel*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 09-23187

IN RE FLORIDA CEMENT AND
CONCRETE ANTITRUST LITIGATION
_____/

### CERTIFICATION OF STEVEN A. KANNER

Steven A. Kanner, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the United States District Court for the Northern District of Illinois.

Steven A. Kanner
Illinois Bar No. 3125292
FREED KANNER LONDON
  & MILLEN LLC
2201 W. Waukegan Rd., Suite 130
Bannockburn, IL 60015
skanner@fklmlaw.com
Telephone: (224) 632-4500
Facsimile: (224) 632-4521

## CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

Dated: May 21, 2010.

                                          Respectfully submitted,

                                          PODHURST ORSECK, P.A.
                                          Plaintiffs' Liaison Counsel
                                          City National Bank Bldg.
                                          25 W. Flagler Street, Suite 800
                                          Miami, Florida 33130
                                          Telephone: (305) 358-2800
                                          Facsimile: (305) 358-2382

                                   By: _____
                                          Katherine W. Ezell
                                          Florida Bar No.: 114771
                                          Email: kezell@podhurst.com

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on **May 21, 2010**, I hand delivered the foregoing to the Clerk of the Court who will then serve all parties on the attached service list using CM/ECF.

                    Respectfully submitted,

                    PODHURST ORSECK, P.A.
                    25 West Flagler Street, Suite 800
                    Miami, Florida 33130
                    (305) 358-2800 / Fax (305) 358-2382
                    info@podhurst.com

                    By: /s/ Katherine W. Ezell
                    Robert C. Josefsberg (Fla. Bar No. 040856)
                    Katherine W. Ezell (Fla. Bar No. 114771)
                    PODHURST ORSECK, P.A.
                    City National Bank Building
                    25 West Flagler Street, Suite 800
                    Miami, FL 33130
                    Ph: (305) 358-2800/Fax: (305) 258-2382
                    rjosefsberg@podhurst.com
                    kezell@podhurst.com
                    *Plaintiffs' Liaison Counsel*

## SERVICE LIST

IN RE: FLORIDA CEMENT AND CONCRETE ANTITRUST LITIGATION
MASTER DOCKET NO.: 09-23187-CIV-ALTONAGA/BROWN

United States District Court - Southern District of Florida - Miami Division

| | |
|---|---|
| **ROBERT C. JOSEFSBERG, ESQ.**<br>**KATHERINE W. EZELL, ESQ.**<br>Podhurst Orseck, P.A.<br>City National Bank Bldg.<br>25 W. Flagler Street, Suite 800<br>Miami, FL 33130-1780<br>Telephone: 305-358-2800<br>Facsimile: 305-358-2382<br>Email: rjosefsberg@podhurst.com<br>Email: kezell@podhurst.com<br><br>**Liaison Counsel for Plaintiffs** | **GREGORY S. ASCIOLLA, ESQ.**<br>**HOLLIS L. SALZMAN, ESQ.**<br>**JAY L. HIMES, ESQ.**<br>**RYAN G. KRIGER, ESQ.**<br>**KELLIE LERNER, ESQ.**<br>Labaton Sucharow LLP<br>140 Broadway, 34th Floor<br>New York, New York 10005<br>Telephone: 212-907-0700<br>Facsimile: 212-818-0477<br>Email: gasciolla@labaton.com<br>Email: hsalzman@labaton.com<br>Email: jhimes@labaton.com<br>Email: rkriger@labaton.com<br>Email: klerner@labaton.com<br>[Via CM/ECF electronic filing]<br><br>**Direct Purchaser Plaintiffs' Interim Co-Lead Class Counsel** |
| **BONNY E. SWEENEY, ESQ.**<br>**CARMEN A. MEDICI, ESQ.**<br>Coughlin Stoia Geller Rudman & Robbins LLP<br>655 West Broadway, Suite #1900<br>San Diego, CA 92101<br>Telephone: 619-231-1058<br>Facsimile: 619-231-7423<br>Email: bonnys@csgrr.com<br>Email: cmedici@csgrr.com<br>[Via CM/ECF electronic filing]<br><br>**Counsel for Plaintiffs** | **DAVID J. GEORGE, ESQ.**<br>Coughlin Stoia Geller Rudman & Robbins LLP<br>120 East Palmetto Park Road, Suite #500<br>Boca Raton, FL 33432<br>Telephone: 561-750-3000<br>Facsimile: 561-750-3364<br>Email: dgeorge@csgrr.com<br>Email: bonnys@csgrr.com<br>Email: cmedici@csgrr.com<br>[Via CM/ECF electronic filing]<br><br>**Counsel for Plaintiffs** |

| | |
|---|---|
| **GERALD J. RODOS, ESQ.**<br>**JEFFREY B. GITTLEMAN, ESQ.**<br>Barrack, Rodos & Bacine<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103<br>Telephone: 215-963-0600<br>Facsimile: 215-963-0838<br>Email: grodos@barrack.com<br>Email: jgittleman@barrack.com<br>[Via CM/ECF electronic filing]<br><br>**Counsel for Plaintiffs** | **PATRICK BARRETT, ESQ.**<br>Barrett Law Office, P.A.<br>One Burton Hills Boulevard, Suite #380<br>Nashville, TN 37215<br>Telephone: 615-665-9990<br>Facsimile: 615-665-9998<br>Email: pmbarrett3@barrettlawoffice.com<br>[Via CM/ECF electronic filing]<br><br>**Counsel for Plaintiffs** |
| **BRYAN L. CLOBES, ESQ.**<br>**ELLEN MERIWETHER, ESQ.**<br>**NYRAN ROSE PEARSON, ESQ.**<br>Cafferty Faucher LLP<br>1717 Arch Street, Suite #3610<br>Philadelphia, PA 19103<br>Telephone: 215-864-2800<br>Facsimile: 215-864-2810<br>Email: bclobes@caffertyfaucher.com<br>Email: emeriwether@caffertyfaucher.com<br>Email: npearson@caffertyfaucher.com<br>[Via CM/ECF electronic filing]<br><br>**Counsel for Plaintiffs** | **BRIAN CAMPF, ESQ.**<br>Brian S. Campf, PC<br>7243 Southeast 34th Avenue<br>Portland, OR 97202<br>Telephone: 503-849-9899<br>Email: brian@bsclegal.com<br>[Via CM/ECF electronic filing]<br><br>**Counsel for Plaintiffs** |
| **JOSEPH G. SAUDER, ESQ.**<br>**BENJAMIN F. JOHNS, ESQ.**<br>Chimicles & Tikellis LLP<br>One Haverford Centre<br>Haverford, PA 19041<br>Telephone: 610-642-8500<br>Facsimile: 610-649-3633<br>Email: JosephSauder@chimicles.com<br>Email: bfj@chimicles.com<br>[Via CM/ECF electronic filing]<br><br>**Counsel for Plaintiffs** | **KEVIN B. LOVE, ESQ.**<br>**MICHAEL E. CRIDEN, ESQ.**<br>Criden & Love, P.A.<br>7301 Southwest 57th Court, Suite #515<br>South Miami, FL 33143<br>Telephone: 305-357-9000<br>Facsimile: 305-357-9050<br>Email: mcriden@cridenlove.com<br>Email: klove@cridenlove.com<br>[Via CM/ECF electronic filing]<br><br>**Counsel for Plaintiffs** |

| | |
|---|---|
| **DANIEL E. GUSTAFSON, ESQ.**<br>**JASON S. KILENE, ESQ.**<br>Gustafson Gluek PLLC<br>608 Second Avenue South, Suite #650<br>Minneapolis, MN 55402<br>Telephone: 612-333-8844<br>Facsimile: 612-339-6622<br>Email: dgustafson@gustafsongluek.com<br>Email: jkilene@gustafsongluek.com<br>[Via CM/ECF electronic filing]<br><br>**Counsel for Plaintiffs** | **JOSEPH C. KOHN, ESQ.**<br>Kohn, Swift & Graf, P.C.<br>One South Broad Street, Suite #2100<br>Philadelphia, PA 19107<br>Telephone: 215-238-1700<br>Email: jkohn@kohnswift.com<br>[Via CM/ECF electronic filing]<br><br>**Counsel for Plaintiffs** |
| **W. JOSEPH BRUCKNER, ESQ.**<br>**BRIAN D. CLARK, ESQ.**<br>Lockbridge Grindal Nauen P.L.L.P.<br>100 Washington Avenue South, Suite #2200<br>Minneapolis, MN 55401<br>Telephone: 612-339-6900<br>Facsimile: 612-339-0981<br>Email: wjbruckner@locklaw.com<br>Email: bdclark@locklaw.com<br>[Via CM/ECF electronic filing]<br><br>**Co-Counsel on Behalf of Plaintiff Deeb Construction & Development Co.** | **NOAH SHUBE, ESQ.**<br>The Law Offices of Noah Shube<br>434 Broadway, 6th Floor<br>New York, New York 10013<br>Telephone: 212-274-8638<br>Facsimile: 212-966-8652<br>Email: nshube@nsfirm.com<br>[Via CM/ECF electronic filing]<br><br>**Counsel for Plaintiffs** |

| | |
|---|---|
| **ROBERT S. SCHACHTER, ESQ.**<br>**JOSEPH LIPOFSKY, ESQ.**<br>Zwerling, Schachter & Zwerling, LLP<br>41 Madison Avenue<br>New York, New York 10010<br>Telephone: 212-223-3900<br>Facsimile: 212-371-5969<br>Email: rschachter@zsz.com<br>Email: jlipofsky@zsz.com<br>[Via CM/ECF electronic filing]<br><br>**Counsel for Plaintiffs** | **MATTHEW W. FRIEDRICH, ESQ.**<br>**WILLIAM A. ISAACSON, ESQ.**<br>Boies, Schiller & Flexner LLP<br>5301 Wisconsin Avenue NW, #800<br>Washington, D.C. 20015<br>Telephone: 202-237-2727<br>Facsimile: 202-237-6131<br>Email: mfriedrich@bsfllp.com<br>Email: wisaacson@bsfllp.com<br>[Via CM/ECF electronic filing]<br><br>**MARK J. HEISE, ESQ.**<br>Boies, Schiller & Flexner LLP<br>100 Southeast Second Street, Suite #2800<br>Miami, FL 33131<br>Telephone: 305-539-8400<br>Facsimile: 305-539-1307<br>Email: mheise@bsfllp.com<br>[Via CM/ECF electronic filing]<br><br>**Interim Co-Lead Class Counsel for Plaintiffs** |
| **ROBERT GILBERT, ESQ.**<br>Alters, Boldt, Brown, Rash & Culmo, P.A.<br>4141 N.E. 2nd Avenue, Suite 201<br>Miami, FL 33137<br>Telephone: 305-571-8550<br>Facsimile: 305-571-8558<br>bobby@abbrclaw.com<br>[Via CM/ECF electronic filing]<br><br>**Counsel for Plaintiffs:**<br>**Florida Block & Ready Mix and**<br>**Bay Area Remodelers, Inc.** | **CRAIG C. CORBITT, ESQ.**<br>**CHRISTOPHER T. MICHELETTI, ESQ.**<br>**ERIC BUETZOW, ESQ.**<br>Zelle Hofmann Voelbel & Mason LLP<br>44 Montgomery Street, 34th Floor<br>San Francisco, CA 94104<br>Telephone: 415-693-0700<br>ccorbitt@zelle.com<br>emicheletti@zelle.com<br>ebuetzow@zelle.com<br>[Via CM/ECF electronic filing]<br><br>**Counsel for Plaintiffs:**<br>**Florida Block & Ready Mix and**<br>**Bay Area Remodelers, Inc.** |

| | |
|---|---|
| **RALPH J. BUNCHE, ESQ.**<br>**WILLIAM P. BUTTERFIELD, ESQ.**<br>**BRIAN A. RATNER, ESQ.**<br>Hausfeld LLP<br>1700 K Street, NW, Suite 650<br>Washington, DC 20006<br>Telephone: 202-540-7200<br>Facsimile: 202-540-7201<br>rbunche@hausfeldllp.com<br>wbutterfield@hausfeldllp.com<br>bratner@hausfeldllp.com<br>[Via CM/ECF electronic filing]<br><br>**Interim Co-Lead Counsel on Behalf of Direct Purchaser Plaintiffs** | **JODI N. COHEN, ESQ.**<br>Rice Pugatch Robinson & Schiller, P.A.<br>101 N.E. Third Avenue, Suite 1800<br>Fort Lauderdale, FL 33301<br>Telephone: 954-462-8000<br>Facsimile: 954-462-4300<br>jcohen@rprslaw.com<br>[Via CM/ECF electronic filing]<br><br>**Counsel for Indirect Purchaser Plaintiff:**<br>**Philip D. Sanford** |
| **LEE ALBERT, ESQ.**<br>Murray, Frank & Sailer LLP<br>275 Madison Avenue, Suite 801<br>New York, NY 10016<br>Telephone: 212-682-1818<br>Facsimile: 212-682-1892<br>lalbert@murrayfrank.com<br>[Via CM/ECF electronic filing]<br><br>**Co-Counsel on Behalf of Plaintiffs:**<br>**Action Ready Mix Concrete Inc.**<br>**Advantage Concrete of Florida, Inc.**<br>**Bay Area Remodelers, Inc.**<br>**Carpenter Contractors of America, Inc.**<br>**Daniel Morgan Construction, Inc.**<br>**Family Pools, Inc.**<br>**Florida Block & Ready Mix**<br>**Hard Rock Materials**<br>**Kroeger Enterprises, Inc.**<br>**Liberty Concrete and Masonry, Inc.** | **ERIN C. BURNS, ESQ.**<br>**DIANNE M. NAST, ESQ.**<br>Roda Nast, P.C.<br>801 Estelle Drive<br>Lancaster, PA 17601<br>Telephone: 717-892-3000<br>eburns@rodanast.com<br>dnast@rodanast.com<br>[Via CM/ECF electronic filing]<br><br>**Co-Counsel for Plaintiff:**<br>**Bandes Construction Company, Inc.** |

| | |
|---|---|
| **ARTHUR H. RICE, ESQ.**<br>**JODI N. COHEN, ESQ.**<br>Rice Pugatch Robinson & Schiller, P.A.<br>101 N.E. Third Avenue, Suite 1800<br>Fort Lauderdale, FL 33301<br>Telephone: 954-462-8000<br>Facsimile: 954-462-4300<br>arice.ecf@rprslaw.com<br>jcohen@rprslaw.com<br>[Via CM/ECF electronic filing]<br><br>**Indirect Purchaser Plaintiffs' Interim Co-Lead Class Counsel** | **DAVID E. KOVEL, ESQ.**<br>**KENNETH G. WALSH, ESQ.**<br>**DANIEL HUME, ESQ.**<br>Kirby Mcinerny LLP<br>825 Third Avenue, 16th Floor<br>New York, NY 100022<br>Telephone: 212-371-6600<br>Facsimile: 212-751-2540<br>dkovel@kmllp.com<br>kwalsh@kmllp.com<br>dhume@kmllp.com<br>[Via CM/ECF electronic filing]<br><br>**Indirect Purchaser Plaintiffs' Interim Co-Lead Class Counsel** |
| **KENNETH G. GILMAN, ESQ.**<br>Gilman & Pastor LLP<br>60 State Street, 37th Floor<br>Boston, MA 02109<br>Telephone: 617-742-9700<br>Facsimile: 617-742-9701<br>kgilman@gilmanpastor.com<br>[Via CM/ECF electronic filing]<br><br>**Counsel for Plaintiffs** | **HERMAN J. RUSSOMANNO, ESQ.**<br>**HERMAN J. RUSSOMANNO, III, ESQ.**<br>Russomanno & Borrello<br>150 W. Flagler St., Suite 2800<br>Miami, FL 33130-1560<br>Telephone: 305-373-2101<br>Facsimile: 305-373-2103<br>hrussomanno@russomanno.com<br>herman2@russomanno.com<br>[Via CM/ECF electronic filing]<br><br>**Indirect Purchaser Plaintiffs' Interim Co-Lead Class Counsel** |

| | |
|---|---|
| **SHEPARD GOLDFEIN, ESQ.**<br>**PAUL M. ECKLES, ESQ.**<br>**CLIFFORD H. ARONSON, ESQ.**<br>**MATTHRE M. MARTINO, ESQ.**<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036-6522<br>Telephone: 212-735-3000<br>Facsimile: 212-735-2000<br>Email: Shepard.goldfein@skadden.com<br>Email: paul.eckles@skadden.com<br>Email: clifford.aronson@skadden.com<br>Email: matthew.martino@skadden.com<br>[Via CM/ECF electronic filing]<br><br>**MICHAEL NACHWALTER, ESQ.**<br>**ELIZABETH B. HONKONEN, ESQ.**<br>**JALAINE GARCIA, ESQ.**<br>Kenny Nachwalter, P.A.<br>1100 Miami kCenter<br>201 South Biscayne Boulevard<br>Miami, FL 33131<br>Telephone: 305-373-1000<br>Facsimile: 305-373-1861<br>Email: mnachwalter@kennynachwalter.com<br>Email: ebh@kennynachwalter.com<br>Email: jgarcia@kennynachwalter.com<br>[Via CM/ECF electronic filing]<br><br>**Counsel for Defendant:**<br>**Cemex Corp.** | **RYAN SHORES, ESQ.**<br>Hunton & Williams LLP<br>1900 K Street, NW<br>Washington, D.C.<br>Telephone: 202-955-1500<br>Facsimile: 202-778-2201<br>Email: rshores@hunton.com<br>[Via CM/ECF electronic filing]<br><br>**D. BRUCE HOFFMAN, ESQ.**<br>**MARTY STEINBERG, ESQ.**<br>Hunton & Williams LLP<br>1111 Brickell Avenue, Suite #2500<br>Miami, FL 33131<br>Telephone: 305-810-2500<br>Facsimile: 305-810-2460<br>Email: bhoffman@hunton.com<br>Email: msteinberg@hunton.com<br>[Via CM/ECF electronic filing]<br><br>**Counsel for Defendant:**<br>**Florida Rock Industries, Inc.** |

| | |
|---|---|
| **FRANK G. BURT, ESQ.**<br>Jorden Burt LLP<br>1025 Thomas Jefferson Street N.W.<br>Suite #400 East<br>Washington, D.C. 20007<br>Telephone: 202-965-8100<br>Facsimile: 202-965-8104<br>Email: fgb@jordenusa.com<br>[Via CM/ECF electronic filing]<br><br>**LAURA COFER TAYLOR, ESQ.**<br>**JAMES L. COOPER, ESQ.**<br>**RYAN Z. WATTS, ESQ.**<br>Arnold & Porter LLP<br>555 12th Street NW<br>Washington, D.C. 20004<br>Telephone: 202-942-5000<br>Facsimile: 202-942-5999<br>Email: Laura.taylor@aporter.com<br>Email: James.cooper@aporter.com<br>Email: Ryan.watts@aporter.com<br>[Via CM/ECF electronic filing]<br><br>**RICHARD J. OVELMEN, ESQ.**<br>Jorden Burt LLP<br>777 Brickell Avenue, Suite #500<br>Miami, FL 33131<br>Telephone: 305-371-2600<br>Facsimile: 305-372-9928<br>Email: rjo@jordenusa.com<br>[Via CM/ECF electronic filing]<br><br>**Counsel for Defendant:**<br>**Titan America LLC** | **ADAM B. DEUTSCH, ESQ.**<br>**ANDREW G. KLEVORN, ESQ.**<br>**MICHAEL B. MACKENZIE, ESQ.**<br>**CHAD J. DOELLINGER, ESQ.**<br>Eimer Stahl Klevorn & Solberg LLP<br>224 South Michigan Avenue, Suite #1100<br>Chicago, Illinois 60604<br>Telephone: 312-660-7600<br>Facsimile: 312-692-1718<br>Email: adeutsch@eimerstahl.com<br>Email: aklevorn@eimerstahl.com<br>Email: mmackenzie@eimerstahl.com<br>Email: cdoellinger@eimerstahl.com<br>[Via CM/ECF electronic filing]<br><br>**JUAN J. RODRIGUEZ, ESQ.**<br>Carey Rodriguez Greenberg & Paul, LLP<br>Espirito Santo Plaza<br>1395 Brickell Avenue, Suite #700<br>Miami, FL 33131<br>Telephone: 305-372-7474<br>Facsimile: 305-372-7475<br>Email: jrodriguez@crgplaw.com<br>[Via CM/ECF electronic filing]<br><br>**Counsel for Defendant:**<br>**Holcim (US), Inc.** |

| | |
|---|---|
| **BARRY N. GREENBERG, ESQ.**<br>**HELAINE S. GOODNER, ESQ.**<br>Fowler White Burnett, P.A.<br>Espirito Santo Plaza<br>1395 Brickell Avenue, 14th Floor<br>Miami, FL 33131<br>Telephone: 305-789-9200<br>Facsimile: 305-789-9201<br>Email: bgreenberg@fowler-white.com<br>Email: hgoodner@fowler-white.com<br>[Via CM/ECF electronic filing]<br><br>**Counsel for Defendant:**<br>**Lehigh Cement Company** | **JOHN B. WYSS, ESQ.**<br>**JOSHUA W. ABBOTT, ESQ.**<br>**THOMAS R. MCCARTHY, ESQ.**<br>Wiley Rein LLP<br>1776 K Street, N.W.<br>Washington, DC 20006<br>Telephone: 202-719-7000<br>Facsimile: 202-719-7049<br>Email: jwyss@wileyrein.com<br>Email: jabbott@wileyrein.com<br>Email: tmccarthy@wileyrein.com<br>[Via CM/ECF electronic filing]<br><br>**Counsel for Defendant:**<br>**Lehigh Cement Company** |
| **THOMAS E. SCOTT, ESQ.**<br>**ROBERT D. RIGHTMYER, ESQ.**<br>Cole, Scott & Kissane, P.A.<br>Dadeland Centre II, 14th Floor<br>9150 South Dadeland Boulevard<br>Miami, FL 33156<br>Telephone: 305-350-5300<br>Facsimile: 305-373-2294<br>Email: Thomas.scott@csklegal.com<br>Email: Robert.rightmyer@csklegal.com<br>[Via CM/ECF electronic filing]<br><br>**Counsel for Defendant:**<br>**Oldcastle, Inc.** | **CHRISTOPHER B. HOPKINS, ESQ.**<br>Butzel Long, a professional corporation<br>125 Worth Avenue, Suite #330<br>Palm Beach, FL 33480<br>Telephone: 561-659-8676<br>Facsimile: 561-659-8679<br>Email: hopkins@butzel.com<br>[Via CM/ECF electronic filing]<br><br>**Counsel for Defendant:**<br>**Prestige AB Management Co., LLC** |

| | |
|---|---|
| **AMY LANE HURWITZ, ESQ.**<br>**BENJAMINE REID, ESQ.**<br>Carlton Fields, P.A.<br>100 S.E. 2nd Street, Suite #4000<br>Miami, FL 33131<br>Telephone: 305-530-0050<br>Facsimile: 305-530-0055<br>Email: ahurwitz@carltonfields.com<br>Email: breid@carltonfields.com<br>[Via CM/ECF electronic filing]<br><br>**Counsel for Defendant:**<br>**Suwannee American Cement, LLC** | **REGINALD D. STEER, ESQ.**<br>**AMIT KURLEKAR, ESQ.**<br>Akin Gump Strauss Hauer & Feld LLP<br>580 California Street, Suite #1500<br>San Francisco, CA 94101<br>Telephone: 415-765-9500<br>Facsimile: 415-765-9501<br>Email: rsteer@akingump.com<br>Email: akurlekar@akingump.com<br>[Via CM/ECF electronic filing]<br><br>**MITCHELL HURLEY, ESQ.**<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, New York 10036<br>Telephone: 212-872-1000<br>Facsimile: 212-872-1002<br>mhurley@akingump.com<br>[Via CM/ECF electronic filing]<br><br>**Counsel for Defendant:**<br>**Suwannee American Cement, LLC** |
| **RICHARD B. BROSNICK, ESQ.**<br>Butzel Long, a professional corporation<br>380 Madison Avenue, 22nd Floor<br>New York, NY 10017<br>Telephone: 212-818-1110<br>Facsimile: 212-818-0494<br>brosnick@butzel.com<br>[Via CM/ECF electronic filing]<br><br>**Counsel for Defendant:**<br>**Prestige AB Management Co., LLC** | **JUAN A. GONZALEZ, ESQ.**<br>**FRANK P. CUNEO, ESQ.**<br>Liebler, Gonzalez & Portuondo, P.A.<br>Courthouse Tower - 25th Floor<br>44 W. Flagler Street<br>Miami, FL<br>Telephone: 305-379-0400<br>Facsimile: 305-379-9626<br>Email: jag@lgplaw.com<br>Email: fpc@lgplaw.com<br>[Via CM/ECF electronic filing]<br><br>**Counsel for Defendant:**<br>**Lafarge North America, Inc.** |

| | |
|---|---|
| **JOHN R. FORNACIARI**<br>Sheppard Mullin Richter & Hampton, LLP<br>1300 I Street, N.W., 11th Floor East<br>Washington, D.C. 20005<br>Telephone: 202-218-0009<br>Facsimile: 202-312-9414<br>Email: jfornaciari@sheppardmullin.com<br>[Via CM/ECF electronic filing]<br><br>**Co-Counsel for Defendant:**<br>**Oldcastle Materials, Inc.** | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 09-23187

IN RE FLORIDA CEMENT AND
CONCRETE ANTITRUST LITIGATION
_____/

ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Steven A. Kanner, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Steven A. Kanner may appear and participate in this action on behalf of Direct Purchaser Plaintiffs. The Clerk shall provide electronic notification of all electronic filings to Steven A. Kanner, at skanner@fklmlaw.com.

DONE AND ORDERED in Chambers at _____, Florida, this ____ day of _____.

_____
Hon. Cecilia Maria Altonaga
United States District Judge

Copies furnished to:
All Counsel of Record