

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

FILED by _____ D.C.

AUG 6 - 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

**Master Docket No.: 09-23187-CIV-ALTONAGA/Brown**

**IN RE: FLORIDA CEMENT& CONCRETE**
**ANTITRUST LITIGATION**

_____/

### MOTION TO APPEAR *PRO HAC VICE*,
### CONSENT TO DESIGNATION, AND REQUEST TO
### ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and

Practice of Attorneys of the United States District Court for the Southern District of Florida, the

undersigned respectfully moves for the admission *pro hac vice* of Jason S. Kilene of the law firm

of Gustafson Gluek PLLC, 650 Northstar East, 608 Second Avenue South, Minneapolis, MN,

(612)-333-8844, for purposes of appearance as co-counsel on behalf of Direct Purchaser

Plaintiffs in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative

Procedures, to permit Jason S. Kilene to receive electronic filings in this case, and in support

thereof states as follows:

1.      Jason S. Kilene is not admitted to practice in the Southern District of Florida and

is a member in good standing of the United States District Court for the District Minnesota.

2.      Movant, Katherine W. Ezell, Esquire, of the law firm of Podhurst Orseck, P.A.,

25 W. Flagler Street, Suite 800, Miami, Florida 33130, (305) 358-2800, is a member in good

standing of the The Florida Bar and the United States District Court for the Southern District of

Florida, maintains an office in this State for the practice of law, and is authorized to file through

the Court's electronic filing system.  Movant consents to be designated as a member of the Bar

of this Court with whom the Court and opposing counsel may readily communicate regarding the

conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

      3.     In accordance with the local rules of this Court, Jason S. Kilene has made payment of this Court's $75 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

      4.     Jason S. Kilene, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Jason S. Kilene at email address:jkilene@gustafsongluek.com.

      WHEREFORE, Katherine W. Ezell, moves this Court to enter an Order Jason S. Kilene, to appear before this Court on behalf of Direct Purchaser Plaintiffs, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Jason S. Kilene.

Date: 8/6/10

Respectfully submitted,

Katherine W. Ezell
Florida Bar No. 114771
kezell@podhurst.com
Podhurt Orseck, P.A.
25 W. Flagler Street, Suite 800
Miami, FL 33130
Telephone: (305) 358-2800
Facsimile: (305) 358-2382

*Plaintiffs' Liaison Counsel*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 09-23187-CIV-ALTONAGA/Brown

**IN RE: FLORIDA CEMENT& CONCRETE**
**ANTITRUST LITIGATION**
_____/

### CERTIFICATION OF JASON S. KILENE

Jason S. Kilene Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the United States District Court for the District of Minnesota.

Jason S. Kilene
GUSTAFSON GLUEK PLLC
Minnesota Bar No. 24773X
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622

## CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

Dated: _8/6/10_ .

                                        Respectfully submitted,

                                        PODHURST ORSECK, P.A.
                                        Plaintiffs' Liaison Counsel
                                        City National Bank Bldg.
                                        25 W. Flagler Street, Suite 800
                                        Miami, Florida 33130
                                        Telephone: (305) 358-2800
                                        Facsimile: (305) 358-2382

                                        By: _Katherine W. Ezell_
                                            Katherine W. Ezell
                                            Florida Bar No. 114771
                                            Email: kzell@podhurst.com

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on ___8/6/10___, I hand delivered the foregoing to the clerk

Of the Court who will then serve all parties on the attached service list using CM/ECF.

Respectfully submitted,

PODHURST ORSECK, P.A.
25 W. Flagler Street, Suite 800
Miami, Florida 33130
(305) 358-2800/Fax (305) 358-2382
info@podhurst.com


By: _Robert C. Josefsberg by KWE_
Robert C. Josefsberg (Fla. Bar No. 040856)
Katherine W. Ezell (Fla. Bar No. 114771
PODHURST ORSECK, P.A.
City National Bank Building
25 W. Flagler Street, Suite 800
Miami, FL 33130
Ph: (305) 358-2800/Fax: (305) 358-2382
rjosefsberg@podhurst.com
kezell@podhurst.com
*Plaintiffs' Liaison Counsel*

**SERVICE LIST**

IN RE: FLORIDA CEMENT AND CONCRETE ANTITRUST LITIGATION
MASTER DOCKET NO.: 09-23187-CIV-ALTONAGA/BROWN

United States District Court - Southern District of Florida - Miami Division

| | |
|---|---|
| **ROBERT C. JOSEFSBERG, ESQ.**<br>**KATHERINE W. EZELL, ESQ.**<br>Podhurst Orseck, P.A.<br>City National Bank Bldg.<br>25 W. Flagler Street, Suite 800<br>Miami, FL 33130-1780<br>Telephone: 305-358-2800<br>Facsimile: 305-358-2382<br>Email: rjosefsberg@podhurst.com<br>Email: kezell@podhurst.com<br><br>**Liaison Counsel for Plaintiffs** | **GREGORY S. ASCIOLLA, ESQ.**<br>**HOLLIS L. SALZMAN, ESQ.**<br>**JAY L. HIMES, ESQ.**<br>**RYAN G. KRIGER, ESQ.**<br>**KELLIE LERNER, ESQ.**<br>Labaton Sucharow LLP<br>140 Broadway, 34th Floor<br>New York, New York 10005<br>Telephone: 212-907-0700<br>Facsimile: 212-818-0477<br>Email: gasciolla@labaton.com<br>Email: hsalzman@labaton.com<br>Email: jhimes@labaton.com<br>Email: rkriger@labaton.com<br>Email: klerner@labaton.com<br>[Via CM/ECF electronic filing]<br><br>**Direct Purchaser Plaintiffs' Interim Co-Lead Class Counsel** |
| **BONNY E. SWEENEY, ESQ.**<br>**CARMEN A. MEDICI, ESQ.**<br>Robbins, Geller, Rudman & Dowd, LLP<br>655 West Broadway, Suite #1900<br>San Diego, CA 92101<br>Telephone: 619-231-1058<br>Facsimile: 619-231-7423<br>Email: bonnys@rgrdlaw.com<br>Email: cmedici@rgrdlaw.com<br>[Via CM/ECF electronic filing]<br><br>**Counsel for Plaintiffs** | **DAVID J. GEORGE, ESQ.**<br>Robbins, Geller, Rudman & Dowd, LLP<br>120 East Palmetto Park Road, Suite #500<br>Boca Raton, FL 33432<br>Telephone: 561-750-3000<br>Facsimile: 561-750-3364<br>Email: dgeorge@rgrdlaw.com<br>Email: bonnys@rgrdlaw.com<br>Email: cmedici@rgrdlaw.com<br>[Via CM/ECF electronic filing]<br><br>**Counsel for Plaintiffs** |

**GERALD J. RODOS, ESQ.**
**JEFFREY B. GITTLEMAN, ESQ.**
Barrack, Rodos & Bacine
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: 215-963-0600
Facsimile: 215-963-0838
Email: grodos@barrack.com
Email: jgittleman@barrack.com
[Via CM/ECF electronic filing]

**Counsel for Plaintiffs**

**PATRICK BARRETT, ESQ.**
Barrett Law Office, P.A.
One Burton Hills Boulevard, Suite #380
Nashville, TN 37215
Telephone: 615-665-9990
Facsimile: 615-665-9998
Email: pmbarrett3@barrettlawoffice.com
[Via CM/ECF electronic filing]

**Counsel for Plaintiffs**

**BRYAN L. CLOBES, ESQ.**
**ELLEN MERIWETHER, ESQ.**
**NYRAN ROSE PEARSON, ESQ.**
Cafferty Faucher LLP
1717 Arch Street, Suite #3610
Philadelphia, PA 19103
Telephone: 215-864-2800
Facsimile: 215-864-2810
Email: bclobes@caffertyfaucher.com
Email: emeriwether@caffertyfaucher.com
Email: npearson@caffertyfaucher.com
[Via CM/ECF electronic filing]

**Counsel for Plaintiffs**

**BRIAN CAMPF, ESQ.**
Brian S. Campf, PC
7243 Southeast 34th Avenue
Portland, OR 97202
Telephone: 503-849-9899
Email: brian@bsclegal.com
[Via CM/ECF electronic filing]

**Counsel for Plaintiffs**

**JOSEPH G. SAUDER, ESQ.**
**BENJAMIN F. JOHNS, ESQ.**
Chimicles & Tikellis LLP
One Haverford Centre
Haverford, PA 19041
Telephone: 610-642-8500
Facsimile: 610-649-3633
Email: JosephSauder@chimicles.com
Email: bfj@chimicles.com
[Via CM/ECF electronic filing]

**Counsel for Plaintiffs**

**KEVIN B. LOVE, ESQ.**
**MICHAEL E. CRIDEN, ESQ.**
Criden & Love, P.A.
7301 Southwest 57th Court, Suite #515
South Miami, FL 33143
Telephone: 305-357-9000
Facsimile: 305-357-9050
Email: mcriden@cridenlove.com
Email: klove@cridenlove.com
[Via CM/ECF electronic filing]

**Counsel for Plaintiffs**

| | |
|---|---|
| **DANIEL E. GUSTAFSON, ESQ.**<br>**JASON S. KILENE, ESQ.**<br>Gustafson Gluek PLLC<br>608 Second Avenue South, Suite #650<br>Minneapolis, MN 55402<br>Telephone: 612-333-8844<br>Facsimile: 612-339-6622<br>Email: dgustafson@gustafsongluek.com<br>Email: jkilene@gustafsongluek.com<br>[Via CM/ECF electronic filing]<br><br>**Counsel for Plaintiffs** | **JOSEPH C. KOHN, ESQ.**<br>Kohn, Swift & Graf, P.C.<br>One South Broad Street, Suite #2100<br>Philadelphia, PA 19107<br>Telephone: 215-238-1700<br>Email: jkohn@kohnswift.com<br>[Via CM/ECF electronic filing]<br><br>**Counsel for Plaintiffs** |
| **W. JOSEPH BRUCKNER, ESQ.**<br>**BRIAN D. CLARK, ESQ.**<br>Lockbridge Grindal Nauen P.L.L.P.<br>100 Washington Avenue South, Suite #2200<br>Minneapolis, MN 55401<br>Telephone: 612-339-6900<br>Facsimile: 612-339-0981<br>Email: wjbruckner@locklaw.com<br>Email: bdclark@locklaw.com<br>[Via CM/ECF electronic filing]<br><br>**Co-Counsel on Behalf of Plaintiff Deeb**<br>**Construction & Development Co.** | **NOAH SHUBE, ESQ.**<br>The Law Offices of Noah Shube<br>434 Broadway, 6th Floor<br>New York, New York 10013<br>Telephone: 212-274-8638<br>Facsimile: 212-966-8652<br>Email: nshube@nsfirm.com<br>[Via CM/ECF electronic filing]<br><br>**Counsel for Plaintiffs** |

| | |
|---|---|
| **ROBERT S. SCHACHTER, ESQ.**<br>**JOSEPH LIPOFSKY, ESQ.**<br>Zwerling, Schachter & Zwerling, LLP<br>41 Madison Avenue<br>New York, New York 10010<br>Telephone: 212-223-3900<br>Facsimile: 212-371-5969<br>Email: rschachter@zsz.com<br>Email: jlipofsky@zsz.com<br>[Via CM/ECF electronic filing]<br><br>**Counsel for Plaintiffs** | **MATTHEW W. FRIEDRICH, ESQ.**<br>**WILLIAM A. ISAACSON, ESQ.**<br>Boies, Schiller & Flexner LLP<br>5301 Wisconsin Avenue NW, #800<br>Washington, D.C. 20015<br>Telephone: 202-237-2727<br>Facsimile: 202-237-6131<br>Email: mfriedrich@bsfllp.com<br>Email: wisaacson@bsfllp.com<br>[Via CM/ECF electronic filing]<br><br>**MARK J. HEISE, ESQ.**<br>**STEPHEN N. ZACK, ESQ.**<br>Boies, Schiller & Flexner LLP<br>100 Southeast Second Street, Suite #2800<br>Miami, FL 33131<br>Telephone: 305-539-8400<br>Facsimile: 305-539-1307<br>Email: mheise@bsfllp.com<br>Email: szack@bsfllp.com<br>[Via CM/ECF electronic filing]<br><br>**Interim Co-Lead Class Counsel for**<br>**Plaintiffs** |
| **ROBERT GILBERT, ESQ.**<br>Alters, Boldt, Brown, Rash & Culmo, P.A.<br>4141 N.E. 2nd Avenue, Suite 201<br>Miami, FL 33137<br>Telephone: 305-571-8550<br>Facsimile: 305-571-8558<br>bobby@abbrclaw.com<br>[Via CM/ECF electronic filing]<br><br>**Counsel for Plaintiffs:**<br>**Florida Block & Ready Mix and**<br>**Bay Area Remodelers, Inc.** | **CRAIG C. CORBITT, ESQ.**<br>**CHRISTOPHER T. MICHELETTI, ESQ.**<br>**ERIC BUETZOW, ESQ.**<br>Zelle Hofmann Voelbel & Mason LLP<br>44 Montgomery Street, 34th Floor<br>San Francisco, CA 94104<br>Telephone: 415-693-0700<br>ccorbitt@zelle.com<br>emicheletti@zelle.com<br>ebuetzow@zelle.com<br>[Via CM/ECF electronic filing]<br><br>**Counsel for Plaintiffs:**<br>**Florida Block & Ready Mix and**<br>**Bay Area Remodelers, Inc.** |

| | |
|---|---|
| **RALPH J. BUNCHE, ESQ.**<br>**WILLIAM P. BUTTERFIELD, ESQ.**<br>**BRIAN A. RATNER, ESQ.**<br>Hausfeld LLP<br>1700 K Street, NW, Suite 650<br>Washington, DC 20006<br>Telephone: 202-540-7200<br>Facsimile: 202-540-7201<br>rbunche@hausfeldllp.com<br>wbutterfield@hausfeldllp.com<br>bratner@hausfeldllp.com<br>[Via CM/ECF electronic filing]<br><br>**Interim Co-Lead Counsel on Behalf of**<br>**Direct Purchaser Plaintiffs** | **STEVEN A. KANNER, ESQ.**<br>**DOUGLAS A. MILLEN, ESQ.**<br>Freed, Kanner, London & Millen, LLC<br>2201 W. Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>Telephone: 224-632-4500<br>Facsimile: 224-632-4521<br>skanner@fklmlaw.com<br>dmillen@fklmlaw.com<br>  [Via CM/ECF electronic filing]<br><br>**Co-Counsel on Behalf of Direct Purchaser**<br>**Plaintiffs** |
| **LEE ALBERT, ESQ.**<br>Murray, Frank & Sailer LLP<br>275 Madison Avenue, Suite 801<br>New York, NY 10016<br>Telephone: 212-682-1818<br>Facsimile: 212-682-1892<br>lalbert@murrayfrank.com<br>[Via CM/ECF electronic filing]<br><br>**Co-Counsel on Behalf of Plaintiffs:**<br>**Action Ready Mix Concrete Inc.**<br>**Advantage Concrete of Florida, Inc.**<br>**Bay Area Remodelers, Inc.**<br>**Carpenter Contractors of America, Inc.**<br>**Daniel Morgan Construction, Inc.**<br>**Family Pools, Inc.**<br>**Florida Block & Ready Mix**<br>**Hard Rock Materials**<br>**Kroeger Enterprises, Inc.**<br>**Liberty Concrete and Masonry, Inc.** | **ERIN C. BURNS, ESQ.**<br>**DIANNE M. NAST, ESQ.**<br>Roda Nast, P.C.<br>801 Estelle Drive<br>Lancaster, PA 17601<br>Telephone: 717-892-3000<br>eburns@rodanast.com<br>dnast@rodanast.com<br>[Via CM/ECF electronic filing]<br><br>**Co-Counsel for Plaintiff:**<br>**Bandes Construction Company, Inc.** |

| | |
|---|---|
| **ARTHUR H. RICE, ESQ.**<br>**JODI N. COHEN, ESQ.**<br>Rice Pugatch Robinson & Schiller, P.A.<br>101 N.E. Third Avenue, Suite 1800<br>Fort Lauderdale, FL 33301<br>Telephone: 954-462-8000<br>Facsimile: 954-462-4300<br>arice.ecf@rprslaw.com<br>jcohen@rprslaw.com<br>[Via CM/ECF electronic filing]<br><br>**Indirect Purchaser Plaintiffs' Interim Co-Lead Class Counsel** | **DAVID E. KOVEL, ESQ.**<br>**KENNETH G. WALSH, ESQ.**<br>**DANIEL HUME, ESQ.**<br>Kirby Mcinerny LLP<br>825 Third Avenue, 16th Floor<br>New York, NY 100022<br>Telephone: 212-371-6600<br>Facsimile: 212-751-2540<br>dkovel@kmllp.com<br>kwalsh@kmllp.com<br>dhume@kmllp.com<br>[Via CM/ECF electronic filing]<br><br>**Indirect Purchaser Plaintiffs' Interim Co-Lead Class Counsel** |
| **KENNETH G. GILMAN, ESQ.**<br>Gilman & Pastor LLP<br>60 State Street, 37th Floor<br>Boston, MA 02109<br>Telephone: 617-742-9700<br>Facsimile: 617-742-9701<br>kgilman@gilmanpastor.com<br>[Via CM/ECF electronic filing]<br><br>**Counsel for Plaintiffs** | **HERMAN J. RUSSOMANNO, ESQ.**<br>**HERMAN J. RUSSOMANNO, III, ESQ.**<br>Russomanno & Borrello<br>150 W. Flagler St., Suite 2800<br>Miami, FL 33130-1560<br>Telephone: 305-373-2101<br>Facsimile: 305-373-2103<br>hrussomanno@russomanno.com<br>herman2@russomanno.com<br>[Via CM/ECF electronic filing]<br><br>**Indirect Purchaser Plaintiffs' Interim Co-Lead Class Counsel** |

**DANIEL A. BUSHELL, ESQ.**
**MANUEL JUAN DOMINGUEZ, ESQ.**
**WILLIAM LEWIS, ESQ.**
Berman De Valerio Pease Tabacco Burt &
Pucillo
4280 Professional Center Drive, Suite 350
Palm Beach Gardens, FL 33410
Telephone: (561) 835-9400
Facsimile: (561) 835-0322
dbushell@bermandevalerio.com
mdominguez@bermandevalerio.com
wlewis@bermandevalerio.com
[Via CM/ECF electronic filing]

**Consol Plaintiff for Advantage Concrete of
Florida, Inc.**

**SHEPARD GOLDFEIN, ESQ.**
**PAUL M. ECKLES, ESQ.**
**CLIFFORD H. ARONSON, ESQ.**
**MATTHRE M. MARTINO, ESQ.**
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036-6522
Telephone: 212-735-3000
Facsimile: 212-735-2000
Email: Shepard.goldfein@skadden.com
Email: paul.eckles@skadden.com
Email: clifford.aronson@skadden.com
Email: matthew.martino@skadden.com
[Via CM/ECF electronic filing]

**MICHAEL NACHWALTER, ESQ.**
**ELIZABETH B. HONKONEN, ESQ.**
**JALAINE GARCIA, ESQ.**
Kenny Nachwalter, P.A.
1100 Miami kCenter
201 South Biscayne Boulevard
Miami, FL 33131
Telephone: 305-373-1000
Facsimile: 305-373-1861
Email: mnachwalter@kennynachwalter.com
Email: ebh@kennynachwalter.com
Email: jgarcia@kennynachwalter.com
[Via CM/ECF electronic filing]

**Counsel for Defendant:**
**Cemex Corp.**

**RYAN SHORES, ESQ.**
Hunton & Williams LLP
1900 K Street, NW
Washington, D.C.
Telephone: 202-955-1500
Facsimile: 202-778-2201
Email: rshores@hunton.com
[Via CM/ECF electronic filing]

**D. BRUCE HOFFMAN, ESQ.**
**MARTY STEINBERG, ESQ.**
Hunton & Williams LLP
1111 Brickell Avenue, Suite #2500
Miami, FL 33131
Telephone: 305-810-2500
Facsimile: 305-810-2460
Email: bhoffman@hunton.com
Email: msteinberg@hunton.com
[Via CM/ECF electronic filing]

**Counsel for Defendant:**
**Florida Rock Industries, Inc.**

**FRANK G. BURT, ESQ.**
Jorden Burt LLP
1025 Thomas Jefferson Street N.W.
Suite #400 East
Washington, D.C.  20007
Telephone: 202-965-8100
Facsimile: 202-965-8104
Email: fgb@jordenusa.com
[Via CM/ECF electronic filing]

**LAURA COFER TAYLOR, ESQ.**
**JAMES L. COOPER, ESQ.**
**RYAN Z. WATTS, ESQ.**
Arnold & Porter LLP
555 12th Street NW
Washington, D.C. 20004
Telephone: 202-942-5000
Facsimile: 202-942-5999
Email: Laura.taylor@aporter.com
Email: James.cooper@aporter.com
Email: Ryan.watts@aporter.com
[Via CM/ECF electronic filing]

**RICHARD J. OVELMEN, ESQ.**
Jorden Burt LLP
777 Brickell Avenue, Suite #500
Miami, FL 33131
Telephone: 305-371-2600
Facsimile: 305-372-9928
Email: rjo@jordenusa.com
[Via CM/ECF electronic filing]

**Counsel for Defendant:**
**Titan America LLC**

**ANDREW G. KLEVORN, ESQ.**
**MICHAEL B. MACKENZIE, ESQ.**
**CHAD J. DOELLINGER, ESQ.**
Eimer Stahl Klevorn & Solberg LLP
224 South Michigan Avenue, Suite #1100
Chicago, Illinois 60604
Telephone: 312-660-7600
Facsimile: 312-692-1718
Email: aklevorn@eimerstahl.com
Email: mmackenzie@eimerstahl.com
Email: cdoellinger@eimerstahl.com
[Via CM/ECF electronic filing]

**JUAN J. RODRIGUEZ, ESQ.**
Carey Rodriguez Greenberg & Paul, LLP
Espirito Santo Plaza
1395 Brickell Avenue, Suite #700
Miami, FL 33131
Telephone: 305-372-7474
Facsimile: 305-372-7475
Email: jrodriguez@crgplaw.com
[Via CM/ECF electronic filing]

**Counsel for Defendant:**
**Holcim (US), Inc.**

| | |
|---|---|
| **BARRY N. GREENBERG, ESQ.**<br>**HELAINE S. GOODNER, ESQ.**<br>Fowler White Burnett, P.A.<br>Espirito Santo Plaza<br>1395 Brickell Avenue, 14th Floor<br>Miami, FL 33131<br>Telephone: 305-789-9200<br>Facsimile: 305-789-9201<br>Email: bgreenberg@fowler-white.com<br>Email: hgoodner@fowler-white.com<br>[Via CM/ECF electronic filing]<br><br>**Counsel for Defendant:**<br>**Lehigh Cement Company** | **JOHN B. WYSS, ESQ.**<br>**JOSHUA W. ABBOTT, ESQ.**<br>**THOMAS R. MCCARTHY, ESQ.**<br>Wiley Rein LLP<br>1776 K Street, N.W.<br>Washington, DC 20006<br>Telephone: 202-719-7000<br>Facsimile: 202-719-7049<br>Email: jwyss@wileyrein.com<br>Email: jabbott@wileyrein.com<br>Email: tmccarthy@wileyrein.com<br>[Via CM/ECF electronic filing]<br><br>**Counsel for Defendant:**<br>**Lehigh Cement Company** |
| **THOMAS E. SCOTT, ESQ.**<br>**ROBERT D. RIGHTMYER, ESQ.**<br>Cole, Scott & Kissane, P.A.<br>Dadeland Centre II, 14th Floor<br>9150 South Dadeland Boulevard<br>Miami, FL 33156<br>Telephone: 305-350-5300<br>Facsimile: 305-373-2294<br>Email: Thomas.scott@csklegal.com<br>Email: Robert.rightmyer@csklegal.com<br>[Via CM/ECF electronic filing]<br><br>**Counsel for Defendant:**<br>**Oldcastle, Inc.** | **CHRISTOPHER B. HOPKINS, ESQ.**<br>Akerman Senterfitt<br>222 Lakeview Ave., Suite 400<br>West Palm Beach, FL 33401-6167<br>Telephone: 561-671-3668<br>Facsimile: 561-659-6313<br>Email: christopher.hopkins@akerman.com<br>[Via CM/ECF electronic filing]<br><br>**Counsel for Defendant:**<br>**Prestige AB Management Co., LLC** |

| | |
|---|---|
| **AMY LANE HURWITZ, ESQ.**<br>**BENJAMINE REID, ESQ.**<br>Carlton Fields, P.A.<br>100 S.E. 2nd Street, Suite #4000<br>Miami, FL 33131<br>Telephone: 305-530-0050<br>Facsimile: 305-530-0055<br>Email: ahurwitz@carltonfields.com<br>Email: breid@carltonfields.com<br>[Via CM/ECF electronic filing]<br><br>**Counsel for Defendant:**<br>**Suwannee American Cement, LLC** | **REGINALD D. STEER, ESQ.**<br>**AMIT KURLEKAR, ESQ.**<br>Akin Gump Strauss Hauer & Feld LLP<br>580 California Street, Suite #1500<br>San Francisco, CA 94101<br>Telephone: 415-765-9500<br>Facsimile: 415-765-9501<br>Email: rsteer@akingump.com<br>Email: akurlekar@akingump.com<br>[Via CM/ECF electronic filing]<br><br>**MITCHELL HURLEY, ESQ.**<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, New York 10036<br>Telephone: 212-872-1000<br>Facsimile: 212-872-1002<br>mhurley@akingump.com<br>[Via CM/ECF electronic filing]<br><br>**Counsel for Defendant:**<br>**Suwannee American Cement, LLC** |

**RICHARD B. BROSNICK, ESQ.**
Butzel Long, a professional corporation
380 Madison Avenue, 22nd Floor
New York, NY 10017
Telephone: 212-818-1110
Facsimile: 212-818-0494
brosnick@butzel.com
[Via CM/ECF electronic filing]

**Counsel for Defendant:**
**Prestige AB Management Co., LLC**

**JUAN A. GONZALEZ, ESQ.**
**FRANK P. CUNEO, ESQ.**
Liebler, Gonzalez & Portuondo, P.A.
Courthouse Tower - 25th Floor
44 W. Flagler Street
Miami, FL
Telephone: 305-379-0400
Facsimile: 305-379-9626
Email: jag@lgplaw.com
Email: fpc@lgplaw.com
[Via CM/ECF electronic filing]

**Counsel for Defendant:**
**Lafarge North America, Inc.**

**STEVEN J. KAISER, ESQ.**
**MARK NELSON, ESQ.**
**GEORGE S. CARY, ESQ.**
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: 202-974-1500
Facsimile:
Email: skaiser@cgsh.com
Email: mnelson@cgsh.com
Email: gcary@cgsh.com
[Via CM/ECF electronic filing]

**Co-Counsel for Defendant:**
**Lafarge North America, Inc.**

| | |
|---|---|
| **JOHN R. FORNACIARI, ESQ.**<br>Baker & Hostetler, LLP<br>1050 Connecticut Ave., N.W., Suite 1100<br>Washington, D.C.  20036<br>Telephone: 202-861-1612<br>Facsimile: 202-861-1783<br>Email: jfornaciari@bakerlaw.com<br>[Via CM/ECF electronic filing]<br><br>**Co-Counsel for Defendant:**<br>**Oldcastle Materials, Inc.** | **VINCENT J. ESADES, ESQ.**<br>**RENAE STEINER, ESQ.**<br>Heins, Mills & Olson, P.L.C.<br>310 Clifton Avenue<br>Minneapolis, MN 55403<br>Telephone: (612) 338-4605<br>Facsimile: (612) 338-4692<br>vesades@heinsmills.com<br>rsteiner@heinsmills.com<br>[Via CM/ECF electronic filing] |
| **JEFFREY J. CORRIGAN, ESQ.**<br>**JAY S. COHEN, ESQ.**<br>Spector, Roseman, Kodroff & Willis, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>Telephone: (215) 496-0300<br>Facsimile: (215) 496-6611<br>jcorrigan@srkw-law.com<br>jcohen@srkw-law.com<br>[Via CM/ECF electronic filing] | **SOLOMON B. CERA, ESQ.**<br>Gold, Bennett, Cera & Sidener, LLP<br>595 Market Street, Suite 2300<br>San Francisco, CA 94105<br>Telephone: (415) 777-2230<br>Facsimile: (415) 777-5189<br>scera@gbcslaw.com<br>[Via CM/ECF electronic filing] |
| **LANCE A. HARKE, ESQ.**<br>**SARAH CLASBY ENGEL, ESQ.**<br>**HOWARD M. BUSHMAN, ESQ.**<br>Harke & Clasby LLP<br>155 South Miami Ave., Suite 600<br>Miami, FL 33130<br>Telephone: (305) 536-8220<br>Facsimile: (305) 536-8229<br>lharke@harkeclasby.com<br>sengel@harkeclasby.com<br>hbushman@harkeclasby.com<br>[Via CM/ECF electronic filing] | **ADAM M. MOSKOWITZ, ESQ.**<br>**THOMAS A. TUCKER RONZETTI, ESQ.**<br>Kozyak, Tropin & Throckmorton, P.A.<br>2525 Ponce de Leon, 9th Floor<br>Coral Gables, FL 33134<br>Telephone: (305) 372-1800<br>Facsimile: (305) 372-3508<br>amm@kttlaw.com<br>tr@kttlaw.com<br>[Via CM/ECF electronic filing] |

| | |
|---|---|
| **KEVIN LANDAU, ESQ.**<br>Taus, Cebulash & Landau, LLP<br>1515 Broadway, 11th Floor<br>New York, NY 10036<br>Telephone: (212) 520-4310<br>Facsimile:<br>klandau@tcllaw.com<br>[Via CM/ECF electronic filing] | **ARTHUR N. BAYLEY, SR., ESQ.**<br>Arthur N. Bailey & Associates<br>111 West Second Street, Sutie 4500<br>Jamestown, NY 14701<br>Telephone: (716) 664-2987<br>Facsimile: (716) 664-2983<br>artlaw@windstream.net<br>[Via CM/ECF electronic filing]<br><br>**Consol Plaintiff for Dakota Land Company** |
| **MICHAEL E. UTLEY, ESQ.**<br>Michael E. Utley, P.C.<br>5959 Blue Lagoon Drive, Suite 200<br>Miami, FL 33126-2052<br>Telephone: (305) 552-9628<br>Facsimile:<br>mike.utley@meupc.com<br>[Via CM/ECF electronic filing] | **RICHARD A. KOFFMAN, ESQ.**<br>**EMMY L. LEVENS, ESQ.**<br>Cohen Milstein Sellers & Toll, PLLC<br>1100 New York Avenue, NW<br>Suite 500 West<br>Washington, DC 2005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br>rkoffman@cohenmilstein.com<br>elevens@cohenmilstein.com<br>[Via CM/ECF electronic filing] |
| **NATALIE FINKELMAN BENNETT**<br>**JAYNE ARNOLD GOLDSTEIN**<br>Shepherd Finkelman Miller & Shah, LLP<br>35 East State St.<br>Media, PA 19063<br>Telephone: (610) 891-9880<br>Facsimile: (610) 891-9883<br>nfinkelman@sfmslaw.com<br>jgoldstein@sfmslaw.com<br>[Via CM/ECF electronic filing] | **MARK S. GOLDMAN, ESQ.**<br>Goldman Scarlato & Karon, P.C.<br>101 West Elm St., Suite 360<br>Conshohocken, PA 19428<br>Telephone: (484) 342-0700<br>Facsimile: (484) 342-0701<br>goldman@gsk-law.com<br>[Via CM/ECF electronic filing] |

| | |
|---|---|
| **BRUCE L. SIMON, ESQ.**<br>**JESSICA L. GRANT, ESQ.**<br>**ASHLEI M. VARGAS, ESQ.**<br>Pearson Simon Warshaw Penny, LLP<br>44 Montgomery Street, Suite 2450<br>San Francisco, CA 94104<br>Telephone: (415) 433-9000<br>Facsimile: (415) 433-9008<br>bsimon@pswplaw.com<br>jgrant@pswplaw.com<br>avargas@pswplaw.com<br>[Via CM/ECF electronic filing] | **STEVEN A. ASHER, ESQ.**<br>**MINDEE J. REUBEN, ESQ.**<br>**JEREMY S. SPIEGEL, ESQ.**<br>Weinstein Kitchenoff & Asher, LLC<br>1845 Walnut Street, Suite 1100<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 545-7200<br>Facsimile: (215) 545-6535<br>asher@wka-law.com<br>reuben@wka-law.com<br>spiegel@wka-law.com<br>[Via CM/ECF electronic filing] |
| **J. MITCHELL CLARK, ESQ.**<br>Law Offices of J. Mitchell Clark<br>Frost Bank Plaza<br>802 N. Carancahua, Suite 1400<br>Corpus Christi, TX 78470<br>Telephone: (361) 887-8500<br>Facsimile: (361) 882-4500<br>mitchell@txverdict.com<br>[Via CM/ECF electronic filing] | **WILLIAM C. WRIGHT, ESQ.**<br>**THEODORE J. LEOPOLD, ESQ.**<br>Leopold Kuvin, P.A.<br>2925 PGA Boulevard, Suite 200<br>Palm Beach Gardens, FL 33410<br>Telephone: (561) 935-4801<br>Facsimile: (561) 515-1401<br>wwright@leopoldkuvin.com<br>tleopold@leopoldkuvin.com<br>[Via CM/ECF electronic filing] |
| **CHRISTOPHER M. BURKE, ESQ.**<br>Scott & Scott, LLP<br>600 B Street, Suite 1500<br>San Diego, CA 92101<br>Telephone: (619) 233-4565<br>Facsimile: (619) 233-0508<br>cburke@scott-scott.com<br>[Via CM/ECF electronic filing] | **H. LADDIE MONTAGUE, JR., ESQ.**<br>**MERRILL G. DAVIDOFF, ESQ.**<br>**ERIC CRAMER, ESQ.**<br>**MICHAEL DELL'ANGELO, ESQ.**<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Telephone: (215) 875-3000<br>Facsimile: (215) 875-4604<br>hlmontague@bm.net<br>mdavidoff@bm.net<br>ecramer@bm.net<br>mdellangelo@bm.net<br>[Via CM/ECF electronic filing] |

| **IRA NEIL RICHARDS, ESQ.**<br>**GARY M. GOLDSTEIN, ESQ.**<br>Trujillo Rodriguez & Richards, LLC<br>1717 Arch Street, Suite 3838<br>Philadelphia, PA 19103<br>Telephone: (215) 731-9004<br>Facsimile: (215) 731-9044<br>ira@trrlaw.com<br>ggoldstein@trrlaw.com<br>[Via CM/ECF electronic filing] | **ANTHONY J. BOLOGNESE, ESQ.**<br>**JOSHUA H. GRABAR, ESQ.**<br>**JONATHAN STEMENNAN, ESQ.**<br>Bolognese & Associates, LLC<br>1500 JFK Boulevard, Suite 320<br>Philadelphia, PA 19102<br>Telephone: (215) 814-6750<br>Facsimile: (215) 814-6764<br>abolognese@bolognese-law.com<br>jgrabar@bolognese-law.com<br>jstemerman@bolognese-law.com<br>[Via CM/ECF electronic filing] |
| --- | --- |

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 09-23187-CIV-ALTONAGA/Brown

**IN RE: FLORIDA CEMENT& CONCRETE**
**ANTITRUST LITIGATION**
_____/

### ORDER GRANTING MOTION TO APPEAR
### *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
### ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for

Jason S. Kilene, Consent to Designation, and Request to Electronically Receive Notices of

Electronic Filing ("the Motion"), pursuant to the Special Rules Governing the Admission and

Practice of Attorneys in the United States District Court for the Southern District of Florida and

Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion

and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED.  Jason S. Kilene, may appear and participate in this action on

behalf of Action Ready-Mix Concrete, Inc., et al. The Clerk shall provide electronic notification

of all electronic filings to Jason S. Kilene, at jkilene@gustafsongluek.com.

DONE AND ORDERED in Chambers at _____, Florida, this

_____day of _____

_____
Hon. Cecilia Maria Altonaga
United States District Judge

Copies furnished to:
All Counsel of Record