UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 09-23187-CIV-ALTONAGA/BANDSTRA

IN RE FLORIDA CEMENT AND
CONCRETE ANTITRUST
LITIGATION
*(DIRECT PURCHASE ACTION)*
_____/

**DIRECT PURCHASER PLAINTIFFS' MOTION FOR AN ORDER
GOVERNING INTERVIEWS OF FORMER EMPLOYEES**

Direct Purchaser Plaintiffs hereby move this Court, for the reasons stated in the accompanying affidavit of Jay Himes, sworn to May 13, 2011 ("Himes Aff."), and memorandum of law, dated May 13, 2011, for an Order pursuant to Rules 16 and 26 of the Federal Rules of Civil Procedure and the inherent power of this Court:

(a) Determining that non-disclosure agreements entered into between Defendants and their former employees are unenforceable to the extent they may be construed to prevent interviews of those individuals concerning matters relevant to this case by Plaintiffs' counsel;

(b) Adopting the proposed guidelines (annexed as Himes Aff., Exhibit A) for the conduct of interviews of former employees by both sides;

(c) Providing that neither Defendants nor Plaintiffs are entitled to advance notice of such interviews; and

(d) Directing such other and further relief as the Court may deem just and proper.

CASE NO.: 09-23187-CIV-ALTONAGA/BANDSTRA

| | |
|---|---|
| Dated May 13, 2011 | Respectfully submitted,<br><br>/s/ Robert C. Josefsberg<br>Robert C. Josefsberg (Florida Bar No. 040856)<br>Victor M. Diaz, Jr. (Florida Bar No. 503800)<br>Katherine W. Ezell (Florida Bar No. 114771)<br>Alexander Rundlet (Florida Bar No. 692301)<br>**PODHURST ORSECK, P.A.**<br>City National Bank Building<br>25 West Flagler Street, Suite 800<br>Miami, FL 33130<br>Telephone: 305.358.2800<br>Fax: 305.358.2382<br>rjosefsberg@podhurst.com<br>vdiaz@podhurst.com<br>kezell@podhurst.com<br>arundlet@podhurst.com<br><br>*Plaintiffs' Interim Liaison Counsel* |
| | Jay L. Himes<br>Hollis Salzman (Florida Bar No. 947751)<br>Gregory S. Asciolla<br>Seth R. Gassman<br>**LABATON SUCHAROW LLP**<br>140 Broadway<br>New York, NY 10005<br>Telephone: 212.907.0700<br>Fax: 212.818.0477<br>hsalzman@labaton.com<br>jhimes@labaton.com<br>gasciolla@labaton.com<br>sgassman@labaton.com |

2

|  |  |  |
|---|---|---|
|  |  | Michael D. Hausfeld<br>William P. Butterfield<br>Brian A. Ratner<br>Ralph J. Bunche<br>**HAUSFELD LLP**<br>1700 K Street, NW<br>Suite 650<br>Washington, DC 20006<br>Telephone: 202.540.7200<br>Fax: 202.540.7201<br>mhausfeld@hausfeldllp.com<br>wbutterfield@hausfeldllp.com<br>bratner@hausfeldllp.com<br>rbunche@hausfeldllp.com |
|  |  | William A. Isaacson<br>Matthew W. Friedrich<br>**BOIES, SCHILLER & FLEXNER LLP**<br>5301 Wisconsin Ave. NW, Suite 800<br>Washington, DC 20015<br>Telephone: 202.237.2727<br>Fax: 202.237.6131<br>wisaacson@bsfllp.com<br>mfriedrich@bsfllp.com |
|  |  | Stephen N. Zack (Florida Bar No. 145215)<br>Mark J. Heise (Florida Bar No. 771090)<br>**BOIES, SCHILLER & FLEXNER LLP**<br>100 SE Second Street, Suite 2800<br>Miami, FL 33131<br>Telephone: 305.539.8400<br>Fax: 305.539.1307<br>szack@bsfllp.com<br>mheise@bsfllp.com<br><br>*Plaintiffs' Interim Co-Lead Class Counsel* |

CASE NO.: 09-23187-CIV-ALTONAGA/BANDSTRA

## CERTIFICATE OF GOOD FAITH CONFERENCE: CONFERRED BUT UNABLE TO RESOLVE ISSUES PRESENTED IN THE MOTION

Pursuant to Local Rule 7.1(a)(3)(A), we hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues but has been unable to resolve the issues.

/s/ Jay L. Himes
Jay L. Himes

CASE NO.: 09-23187-CIV-ALTONAGA/BANDSTRA

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 13, 2011, the foregoing MOTION FOR AN ORDER GOVERNING INTERVIEWS OF FORMER EMPLOYEES was filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to those listed on the attached Service List.

          Respectfully submitted,

          /s/ Katherine W. Ezell
          Katherine W. Ezell (Florida Bar No. 114771)
          **PODHURST ORSECK, P.A.**
          City National Bank Building
          25 West Flagler Street, Suite 800
          Miami, FL 33130
          Telephone: 305.358.2800
          Fax: 305.358.2382
          kezell@podhurst.com

CASE NO.: 09-23187-CIV-ALTONAGA/BANDSTRA

## SERVICE LIST

IN RE: FLORIDA CEMENT AND CONCRETE ANTITRUST LITIGATION
MASTER DOCKET NO. 09-23187-CIV-ALTONAGA/ BANDSTRA

United States District Court – Southern District of Florida – Miami Division

| | |
|---|---|
| **SHEPARD GOLDFEIN, ESQ.**<br>**PAUL M. ECKLES, ESQ.**<br>**CLIFFORD H. ARONSON, ESQ.**<br>**MATTHEW M. MARTINO, ESQ.**<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036-6522<br>Telephone: 212-735-3000<br>Facsimile: 212-735-2000<br>Email: Shepard.goldfein@skadden.com<br>Email: paul.eckles@skadden.com<br>Email: clifford.aronson@skadden.com<br>Email: matthew.martino@skadden.com<br><br>**MICHAEL NACHWALTER, ESQ.**<br>**ELIZABETH B. HONKONEN, ESQ.**<br>**JALAINE GARCIA, ESQ.**<br>Kenny Nachwalter, P.A.<br>1100 Miami Center<br>201 South Biscayne Boulevard<br>Miami, FL 33131<br>Telephone: 305-373-1000<br>Facsimile: 305-373-1861<br>Email: mnachwalter@kennynachwalter.com<br>Email: ebh@kennynachwalter.com<br>Email: jgarcia@kennynachwalter.com<br><br>**Counsel for Defendant**<br>**Cemex Corp.** | **RYAN SHORES, ESQ.**<br>Hunton & Williams LLP<br>1900 K Street, NW<br>Washington, D.C.<br>Telephone: 202-955-1500<br>Facsimile: 202-778-2201<br>Email: rshores@hunton.com<br><br>**D. BRUCE HOFFMAN, ESQ.**<br>**MARTY STEINBERG, ESQ.**<br>Hunton & Williams LLP<br>1111 Brickell Avenue, Suite #2500<br>Miami, FL 33131<br>Telephone: 305-810-2500<br>Facsimile: 305-810-2460<br>Email: bhoffman@hunton.com<br>Email: msteinberg@hunton.com<br><br>**Counsel for Defendant**<br>**Florida Rock Industries, Inc.** |

| | |
|---|---|
| **FRANK G. BURT, ESQ.**<br>Jorden Burt LLP<br>1025 Thomas Jefferson Street N.W.<br>Suite #400 East<br>Washington, D.C. 20007<br>Telephone: 202-965-8100<br>Facsimile: 202-965-8104<br>Email: fgb@jordenusa.com<br><br>**LAURA COFER TAYLOR, ESQ.**<br>**JAMES L. COOPER, ESQ.**<br>**RYAN Z. WATTS, ESQ.**<br>Arnold & Porter LLP<br>555 12th Street NW<br>Washington, D.C. 20004<br>Telephone: 202-942-5000<br>Facsimile: 202-942-5999<br>Email: Laura.taylor@aporter.com<br>Email: James.cooper@aporter.com<br>Email: Ryan.watts@aporter.com<br><br>**RICHARD J. OVELMEN, ESQ.**<br>Jorden Burt LLP<br>777 Brickell Avenue, Suite #500<br>Miami, FL 33131<br>Telephone: 305-371-2600<br>Facsimile: 305-372-9928<br>Email: rjo@jordenusa.com<br><br>**Counsel for Defendant**<br>**Tarmac America LLC** | **RICHARD B. BROSNICK, ESQ.**<br>Butzel Long, a professional corporation<br>380 Madison Avenue, 22nd Floor<br>New York, NY 10017<br>Telephone: 212-818-1110<br>Facsimile: 212-818-0494<br>Email: brosnick@butzel.com<br><br>**CHRISTOPHER B. HOPKINS, ESQ.**<br>Akerman Senterfitt<br>Esperante Building, 4th Floor<br>222 Lakeview Avenue, Suite 400<br>West Palm Beach, FL 33401-6147<br>Telephone: 561-653-5000<br>Facsimile: 561-659-6313<br>Email: christopher.hopkins@akerman.com<br><br>**Counsel for Defendant**<br>**Prestige AB Management Co., LLC** |

| | |
|---|---|
| **ARTHUR H. RICE, ESQ.**<br>**JODI N. COHEN, ESQ.**<br>Rice Pugatch Robinson & Schiller, P.A.<br>101 N.E. Third Avenue, Suite 1800<br>Fort Lauderdale, FL 33301<br>Telephone: 954-462-8000<br>Facsimile: 954-462-4300<br>Email: arice.ecf@rprslaw.com<br>Email: jcohen@rprslaw.com<br><br>**Indirect Purchaser Plaintiffs' Interim Co-Lead Class Counsel** | **DAVID E. KOVEL, ESQ.**<br>**KENNETH G. WALSH, ESQ.**<br>**DANIEL HUME, ESQ.**<br>Kirby Mcinerny LLP<br>825 Third Avenue, 16th Floor<br>New York, NY 100022<br>Telephone: 212-371-6600<br>Facsimile: 212-751-2540<br>Email: dkovel@kmllp.com<br>Email: kwalsh@kmllp.com<br>Email: dhume@kmllp.com<br><br>**Indirect Purchaser Plaintiffs' Interim Co-Lead Class Counsel** |
| **HERMAN J. RUSSOMANNO, ESQ.**<br>**HERMAN J. RUSSOMANNO, III, ESQ.**<br>Russomanno & Borrello<br>150 W. Flagler St., Suite 2800<br>Miami, FL 33130-1560<br>Telephone: 305-373-2101<br>Facsimile: 305-373-2103<br>Email: hrussomanno@russomanno.com<br>Email: herman2@russomanno.com<br><br>**Indirect Purchaser Plaintiffs' Liaison Counsel** | |