UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

*In re* **FLORIDA CEMENT AND CONCRETE ANTITRUST LITIGATION**

**MASTER DOCKET NO. 09-23187-CIV-ALTONAGA/Bandstra**

(*DIRECT PURCHASER ACTION*)

## ORDER

**THIS CAUSE** comes before the Court on the Direct Purchaser Plaintiffs' Unopposed Motion for Permission to Supplement the Record on Florida Rock's Motion for a Protective Order ("Motion") [ECF No. 353], filed on November 30, 2011.  The Court being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 353]** is **GRANTED**.  The Direct Purchaser Plaintiffs may supplement the record on Florida Rock's Motion for Protective Order to include additional portions of Michael Lane's deposition testimony.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 1st day of December, 2011.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record